filed 11/24/2025 -RKS

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
OREGON DIVISION

Rayder Fronwolf
Bloodaxe
*(Enter full name of plaintiffs(s))*

**Plaintiff(s)**

v.

Young, Pedro, Fhuere, ODOC,
Et Al
*(enter full name of ALL defendant(s))*

**Defendant(s)**

Civil Case No. __6:25-cv-02178-AN__
*(to be assigned by Clerk of the Court)*

**APPICATION TO PROCEED IN FORMA PAUPERIS**

I, Rayder Fronwolf Bloodaxe declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☒ Yes   ☐ No

   If "Yes," state the place of your incarceration: __Oregon State Pen__

   **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes   ☒ No   ☐ Self-employed

   a. If the answer is "Yes," state:
      Employer's name: __N/A__
      Employer's address: __N/A__
      Amount of take-home pay or wages: $__N/A__ per _____ *(specify pay period)*

    b.    If the answer is "No," state:

Name of last employer: ODOC orderly

Address of last employer: EOCI 2500 westgate Pendleton

Date of last employment: May 2025

Amount of take-home salary or wages: $ 40-50 per Month (*specify pay period*)

3.    Is your spouse employed?   ☐ Yes ☐ No ☐ Self-employed   ☒ Not applicable

    a.    If the answer is "Yes," state:

Employer's name: N/A

Employer=s address: N/A

Amount of take-home pay or wages: $ N/A per _____ (*specify pay period*)

    b.    Do you have access to your spouse's funds to pay the filing fee in this case?

☐ Yes ☒ No Please explain your answer below:

N/A

    c.    If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes ☒ No If the answer is "No," please explain below:

N/A

4.    In the past 12 months have you received any money from any of the following sources?

    a.    Business, profession, or other self-employment  ☐ Yes ☒ No

If "Yes," state: Amount received: $ N/A

Amount expected in future: $ N/A

    b.    Rent payments, interest, or dividends  ☐ Yes ☒ No

If "Yes," state: Amount received: $ N/A

Amount expected in future: $ N/A

c.  Pensions, annuities, or life insurance payments  ☐ Yes ☒ No
    If "Yes," state: Amount received:  $ N/A
    Amount expected in future:  $

d.  Disability or workers' compensation payments  ☐ Yes ☒ No
    If "Yes," state: Amount received:  $ N/A
    Amount expected in future:  $

e.  (Gifts) or inheritances  ☒ Yes ☐ No
    If "Yes," state: Amount received:  $ 50 - 100 Total
    Amount expected in future:  $ 50 - 100

f.  Any other sources  ☒ Yes ☐ No
    If "Yes," state: Source: Small Claims Court
    Amount received:  $ Aprox 480
    Amount expected in future:  $ Unknown

5.  Do you have cash or checking or savings accounts?  ☒ Yes ☐ No
    (including prison trust accounts)?
    If "Yes," state the total amount: $ 379 - Transitional Savings

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes ☒ No
    If "Yes," describe the asset(s) and state the value of each asset listed:
    N/A

7.  Do you have any other assets?  ☐ Yes ☒ No
    If "Yes," list the asset(s) and state the value of each asset listed:
    N/A

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense:

   Heavily indebted:
   $16,448.67   Medical
   $157.29      Disciplinary Fines
   $55.59       Legal fees
   $634.72      Filing Fees

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

   N/A

10. Do you have any debts or financial obligations?   ☒ Yes ☐ No

    If "Yes," describe the amounts owed and to whom they are payable:

    See answer to question Number 8
    Total $17,295.68

If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

11/21/25
DATE

SIGNATURE OF APPLICANT

Ryder Ironwolf Bloodaxe
PRINTED NAME OF APPLICANT

Revised March 1, 2017

Page 4 of 5

USDC - Oregon

Form #39.020

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that _Ryder Tranwulf Bloodaxe_ (name of applicant) has the sum of $ _0.00_ on account to his/her credit at _Oregon State Pen._ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _0.23_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _111.53_.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

_11.13.2025_
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

# AIC Trust Account
## Records Request

| Date of Request | 10/12/25 | | Facility | OSP | Unit / Bunk | D 452 |
|---|---|---|---|---|---|---|
| AIC Name *(Print)* | Blandake (Last) | Ryder (First) | | (MI) | SID Number | 18457516 |

**Purpose of Request:**
- ☑ **Legal Priority** *(Complete sections A & C; Section D must be completed by the Library Coordinator)*
- ☐ **General** *(Complete sections B & C and submit to Business Services for processing)*

**A**

*I request a printout of my trust account statement for the time period indicated in section C. This request is made in accordance with the express order of:*

The court you are filing in:
- ☑ The Marion County Circuit Court
- ☐ The Oregon Court of Appeals
- ☐ The Oregon Supreme Court
- ☑ The United States District Court
- ☐ The United States Court of Appeals for the Ninth Circuit
- ☐ The United States Supreme Court
- ☐ Other: _____

Type of document to be filed with the court:
- ☑ Application for In Forma Pauperis
- ☑ Civil Rights Complaint (1983)
- ☐ Federal Habeas Corpus
- ☐ Mandamus Circuit Court
- ☐ Mandamus Supreme Court
- ☐ Post-Conviction Petition
- ☐ State Habeas Corpus
- ☐ Writ of Certiorari
- ☑ Other: state civil deprivation

Case Number (if known): _____

**B**

*I request a printout of my trust account statement for the time period indicated in section C for the purpose of:* ☐ Replacement statement  ☑ Other reason: Court

**C**

| Time Period(s) Requested | Beginning Date | End Date | Pages *Staff Use Only* |
|---|---|---|---|
| | 5/1/25 | 10/12/25 | 8 |

*You will be charged according to Trust Rule 291-158-0015 at the rate of .50/page. If you do not have sufficient funds or the request is not deemed legal priority, the request will be denied.*

I understand that in signing this AIC account statement request, I have consented to the withdrawal of funds from my account by the Oregon Department of Corrections in the amount stated on the request. I also understand and agree that if sufficient funds are not available in my account at the time this withdrawal request is presented to the Department's Central Trust office (or field office) for processing, the Department has my consent to continue to withdraw funds that may in the future be deposited into my general spending trust account, without prior notice or hearing, until it has recovered funds sufficient to satisfy the amount stated on the withdrawal request.

AIC Signature: _[signature]_

**D**

Library Coordinator Review

_[signature & stamp]_ REC'D NOV 13 2025

- ☑ Request approved, meets legal priority criteria.
- ☐ Request denied, does not meet legal priority criteria.

*If approved, a certified copy of the trust account statement will be provided.*

**Financial Services Staff Use Only**

- ☑ Approved / trust account statement attached.
- ☐ Denied / AIC does not have sufficient funds for this request *(and is not legal priority).*

| Total number of pages produced | 8 |
|---|---|
| Charge per page | $ .50 |
| Total amount to be charged to AIC's trust account | $ 4.00 |

| Staff responding to request | HL | Date | 11.13.2025 |

CD1803 (7/2020)

Form 06.000

(To:)
Institution: ~~OSP~~
AIC Name: R. Dodoxe
SID: 18957512
Unit/Bunk: D 452

From – Bus. Servi:
To: ~~Business Services~~
(c/o Library)

---

## Important Information

*This form is to be used to request a copy of an AIC's trust account statement for general and legal priority purposes. AICs may only request a copy of their own trust account statement.*

### Legal Priority Requests:
If a request is deemed to be legal priority by the library coordinator, the request will be processed regardless if the AIC has available funds in their trust account. If an AIC does not have sufficient funds, they will be indebted as appropriate.

### General Requests:
General requests are to go directly to Business Services and will be processed if the AIC has sufficient funds on their trust account.

*Note: All AICs receive a monthly trust account statement. This form is to request an additional statement regardless of purpose. Incomplete forms will be returned unprocessed.*

```
LEDEBOEH                OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                        T R U S T   A C C O U N T   S T A T E M E N T    12.1.1.0.1.5 ODOC
```

DOC: 0018457512    Name: BLOODAXE, RAYDER IRONWOLF           DOB: 01/26/1997
LOCATION: OSP-D-D_452

Max Date:
ACCOUNT BALANCES Total:      379.75   CURRENT:      379.75   HOLD:      0.00

05/01/2025    11/12/2025

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| 2101 AIC SPENDING ACCOUNT | 0.00 | 0.02 |
| 2105 RESERVE OPTICAL | 0.00 | 0.00 |
| 2113 TRANSITIONAL SAVINGS | 369.24 | 379.73 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE-OFF AMT |
|---|---|---|---|---|---|
| INTKA | INTAKE ADVANCE | 07072021 | 0.00 | 17.00 | 0.00 |
| OCICA | OCIC POSTAGE ADVANCE | 07162021 | 0.00 | 20.70 | 0.00 |
| REST | OJD - RESTITUTION, FINES & FEES | 08122021 | 0.00 | 404.50 | 0.00 |
| EOCIA | EOCI POSTAGE ADVANCE | 03272025 | 0.00 | 34.61 | 0.00 |
| RPDOCA | REST/PROP ADVANCE | 03212025 | 0.00 | 37.63 | 0.00 |
| MDISA | MEDICAL DISCIPLINARY ADVANCE | 10032025 | 16448.67 | 16.85 | 0.00 |
| FDISA | DISCIPLINARY FINES ADVANCE | 07292022 | 157.29 | 217.71 | 0.00 |
| LPDOCA | LEGAL COPIES DOC ADVANCE | 06232023 | 49.80 | 17.30 | 0.00 |
| COPA | COPY ADVANCE | 07312023 | 0.00 | 20.50 | 0.00 |
| LCPRRA | LEGAL COPY PUB REQUEST ADVANCE | 07142023 | 9.50 | 3.50 | 0.00 |
| UMATC | UMATILLA COUNTY CIRCUIT COURT | 25CV11827 | 213.22 | 67.78 | 0.00 |
| MARIC | MARION COUNTY CIRCUIT COURT | 25CV44763 | 281.00 | 0.00 | 0.00 |
| LPOSPA | LEGAL POSTAGE OSP ADVANCE | 09122025 | 14.87 | 0.00 | 0.00 |
| MARIC | MARION COUNTY CIRCUIT COURT | 25CV46251 | 140.50 | 0.00 | 0.00 |

TRANSACTION DESCRIPTION --           COURT ORDERED OBLIGATIONS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT |
|---|---|---|---|

TRANSACTION DESCRIPTIONS --    2101 AIC SPENDING SUB-ACCOUNT ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/01/2025 | INT1 | Interest Distribution | 1.40 | 1.40 |
| 05/01/2025 | DED | Deduction-TRSA-07072021 D D | ( 0.07) | 1.33 |

```
LEDEBOEH                OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                        T R U S T   A C C O U N T   S T A T E M E N T      12.1.1.0.1.5 ODOC


DOC:  0018457512     Name: BLOODAXE, RAYDER IRONWOLF            DOB: 01/26/1997
LOCATION: OSP-D-D_452
                                                          Max Date:

DATE         TYPE    TRANSACTION DESCRIPTION        TRANSACTION AMT          BALANCE

05/01/2025   DED     Deduction-CLR-07072021 D D      (      0.70)              0.63
05/01/2025   DED     Deduction-CLR-07072021 D D             0.70               1.33
05/01/2025   DED     Deduction-EOCIA-03272025 D D    (      0.63)              0.70
05/05/2025   DEP     JENNIFER PURYEAR                       50.00             50.70
05/05/2025   DED     Deduction-TRSA-07072021 D D     (      2.50)             48.20
05/05/2025   DED     Deduction-CLR-07072021 D D     (      25.00)             23.20
05/05/2025   DED     Deduction-CLR-07072021 D D            25.00              48.20
05/05/2025   DED     Deduction-EOCIA-03272025 D D    (     11.65)             36.55
05/05/2025   DED     Deduction-COPA-07312023 D D     (      4.20)             32.35
05/05/2025   DED     Deduction-FDISA-07292022 D D    (      6.65)             25.70
05/05/2025   CRS     CRS SAL ORD #10849706           (     25.51)              0.19
05/12/2025   EOCIA   EOCI Postage Advance                   2.61               2.80
05/12/2025   EOCI    EOCI Postage Debt               (      2.61)              0.19
05/12/2025   EOCIA   EOCI Postage Advance                   4.28               4.47
05/12/2025   EOCI    EOCI Postage Debt               (      4.28)              0.19
05/12/2025   COPA    Copy Advance                           5.20               5.39
05/12/2025   COP     Copy Debt                       (      5.20)              0.19
05/28/2025   EOCIA   EOCI Postage Advance                   9.73               9.92
05/28/2025   EOCI    EOCI Postage Debt               (      9.73)              0.19
05/28/2025   COPA    Copy Advance                           0.30               0.49
05/28/2025   COP     Copy Debt                       (      0.30)              0.19
05/28/2025   COPA    Copy Advance                           0.30               0.49
05/28/2025   COP     Copy Debt                       (      0.30)              0.19
05/30/2025   DED     Deduction-EOCIA-03272025 D D    (      0.19)              0.00
06/03/2025   INT1    Interest Distribution                  1.42               1.42
06/03/2025   DED     Deduction-TRSA-07072021 D D     (      0.07)              1.35
06/03/2025   DED     Deduction-CLR-07072021 D D      (      0.71)              0.64
06/03/2025   DED     Deduction-CLR-07072021 D D             0.71               1.35
06/03/2025   DED     Deduction-EOCIA-03272025 D D    (      0.64)              0.71
06/10/2025   COPS    Copy Sales                      (      0.70)              0.01
06/10/2025   COPA    Copy Advance                           0.50               0.51
06/10/2025   COP     Copy Debt                       (      0.50)              0.01
06/10/2025   COPA    Copy Advance                           1.10               1.11
06/10/2025   COP     Copy Debt                       (      1.10)              0.01
06/10/2025   COPA    Copy Advance                           0.30               0.31
06/10/2025   COP     Copy Debt                       (      0.30)              0.01
06/10/2025   COPA    Copy Advance                           0.70               0.71
06/10/2025   COP     Copy Debt                       (      0.70)              0.01
06/10/2025   EOCIA   EOCI Postage Advance                   0.78               0.79
```

```
LEDEBOEH                OREGON DEPARTMENT OF CORRECTIONS            OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T     12.1.1.0.1.5 ODOC


DOC:  0018457512     Name: BLOODAXE, RAYDER IRONWOLF            DOB: 01/26/1997
LOCATION: OSP-D-D_452
                                                          Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 06/10/2025 | EOCI | EOCI Postage Debt | ( 0.78) | 0.01 |
| 06/10/2025 | EOCIA | EOCI Postage Advance | 1.96 | 1.97 |
| 06/10/2025 | EOCI | EOCI Postage Debt | ( 1.96) | 0.01 |
| 06/14/2025 | DEP | JENNIFER PURYEAR | 50.00 | 50.01 |
| 06/14/2025 | DED | Deduction-TRSA-07072021 D D | ( 2.50) | 47.51 |
| 06/14/2025 | DED | Deduction-CLR-07072021 D D | ( 25.00) | 22.51 |
| 06/14/2025 | DED | Deduction-CLR-07072021 D D | 25.00 | 47.51 |
| 06/14/2025 | DED | Deduction-EOCIA-03272025 D D | ( 18.53) | 28.98 |
| 06/14/2025 | DED | Deduction-COPA-07312023 D D | ( 3.97) | 25.01 |
| 06/16/2025 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 1.00) | 24.01 |
| 06/17/2025 | CRS | CRS SAL ORD #10896608 | ( 18.80) | 5.21 |
| 06/18/2025 | REFDEP | ST OF OR EGS RISK MANANGEMENT | 331.19 | 336.40 |
| 06/21/2025 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 200.00) | 136.40 |
| 06/22/2025 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 25.00) | 111.40 |
| 06/30/2025 | COPS | Copy Sales | ( 0.80) | 110.60 |
| 06/30/2025 | COPS | Copy Sales | ( 0.20) | 110.40 |
| 06/30/2025 | DED | Deduction-COPA-07312023 D D | ( 4.43) | 105.97 |
| 06/30/2025 | DED | Deduction-FDISA-07292022 D D | ( 44.43) | 61.54 |
| 06/30/2025 | DED | Deduction-LCPRRA-07142023 D D | ( 2.00) | 59.54 |
| 06/30/2025 | DED | Deduction-UMATC-25CV11827 D D | ( 59.54) | 0.00 |
| 07/02/2025 | INT1 | Interest Distribution | 1.43 | 1.43 |
| 07/02/2025 | DED | Deduction-TRSA-07072021 D D | ( 0.07) | 1.36 |
| 07/02/2025 | DED | Deduction-CLR-07072021 D D | ( 0.72) | 0.64 |
| 07/02/2025 | DED | Deduction-CLR-07072021 D D | 0.72 | 1.36 |
| 07/10/2025 | COPS | Copy Sales | ( 0.80) | 0.56 |
| 07/10/2025 | COPS | Copy Sales | ( 0.30) | 0.26 |
| 07/10/2025 | COPA | Copy Advance | 0.60 | 0.86 |
| 07/10/2025 | COP | Copy Debt | ( 0.60) | 0.26 |
| 07/11/2025 | RPDOCA | DOC - REST/PROP ADVANCE | 5.87 | 6.13 |
| 07/11/2025 | RPDOC | DOC - REST/PROP DEBT2505J087J41 | ( 5.87) | 0.26 |
| 07/11/2025 | FDISA | Disciplinary Fines Advance | 200.00 | 200.26 |
| 07/11/2025 | FDIS | Disciplinary Fines Debt2505J087J41 | ( 200.00) | 0.26 |
| 07/22/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.60 | 0.86 |
| 07/22/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.60) | 0.26 |
| 07/22/2025 | LPDOCA | Legal Priority Copies DOC Advance | 2.00 | 2.26 |
| 07/22/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 2.00) | 0.26 |

LEDEBOEH                    OREGON DEPARTMENT OF CORRECTIONS                    OTRTASTA
                            T R U S T   A C C O U N T   S T A T E M E N T        12.1.1.0.1.5 ODOC

DOC: 0018457512    Name: BLOODAXE, RAYDER IRONWOLF                              DOB: 01/26/1997
LOCATION: OSP-D-D_452

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/22/2025 | LPDOCA | Legal Priority Copies DOC Advance | 2.30 | 2.56 |
| 07/22/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 2.30) | 0.26 |
| 07/24/2025 | LCPRRA | LEGAL COPY PUB REQUEST ADVANCE | 3.00 | 3.26 |
| 07/24/2025 | LCPRR | LEGAL COPY PUB REQUEST DEBT | ( 3.00) | 0.26 |
| 07/31/2025 | DED | Deduction-COPA-07312023 D D | ( 0.26) | 0.00 |
| 08/01/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.20 | 1.20 |
| 08/01/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.20) | 0.00 |
| 08/01/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.70 | 0.70 |
| 08/01/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.70) | 0.00 |
| 08/01/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.90 | 1.90 |
| 08/01/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.90) | 0.00 |
| 08/01/2025 | LPDOCA | Legal Priority Copies DOC Advance | 5.00 | 5.00 |
| 08/01/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 5.00) | 0.00 |
| 08/01/2025 | LPDOCA | Legal Priority Copies DOC Advance | 4.10 | 4.10 |
| 08/01/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 4.10) | 0.00 |
| 08/05/2025 | INT1 | Interest Distribution | 1.43 | 1.43 |
| 08/05/2025 | DED | Deduction-TRSA-07072021 D D | ( 0.07) | 1.36 |
| 08/05/2025 | DED | Deduction-CLR-07072021 D D | ( 0.72) | 0.64 |
| 08/05/2025 | DED | Deduction-CLR-07072021 D D | 0.72 | 1.36 |
| 08/05/2025 | DED | Deduction-COPA-07312023 D D | ( 0.34) | 1.02 |
| 08/05/2025 | DED | Deduction-FDISA-07292022 D D | ( 0.30) | 0.72 |
| 08/08/2025 | LCPRRA | LEGAL COPY PUB REQUEST ADVANCE | 3.00 | 3.72 |
| 08/08/2025 | LCPRR | LEGAL COPY PUB REQUEST DEBT | ( 3.00) | 0.72 |
| 08/13/2025 | REFDEP | ST OF OR EGS RISK MANAGEMENT | 128.00 | 128.72 |
| 08/13/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 9.90) | 118.82 |
| 08/13/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 3.10) | 115.72 |
| 08/18/2025 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 15.00) | 100.72 |
| 08/22/2025 | LPOSPS | Legal Postage OSP Sale | ( 3.35) | 97.37 |
| 08/22/2025 | LPOSPS | Legal Postage OSP Sale | ( 3.35) | 94.02 |
| 08/22/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 0.50) | 93.52 |
| 08/22/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 0.60) | 92.92 |
| 08/22/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 0.60) | 92.32 |
| 08/22/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 0.70) | 91.62 |
| 08/24/2025 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 91.00) | 0.62 |
| 08/29/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.00 | 1.62 |

```
LEDEBOEH                    OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                            T R U S T   A C C O U N T   S T A T E M E N T     12.1.1.0.1.5 ODOC

DOC:  0018457512    Name: BLOODAXE, RAYDER IRONWOLF              DOB: 01/26/1997
LOCATION: OSP-D-D_452
                                                            Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 08/29/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.00) | 0.62 |
| 08/29/2025 | DED | Deduction-RPDOCA-03212025 D D | ( 0.62) | 0.00 |
| 09/02/2025 | INT1 | Interest Distribution | 1.43 | 1.43 |
| 09/02/2025 | DED | Deduction-TRSA-07072021 D D | ( 0.07) | 1.36 |
| 09/02/2025 | DED | Deduction-CLR-07072021 D D | ( 0.72) | 0.64 |
| 09/02/2025 | DED | Deduction-CLR-07072021 D D | 0.72 | 1.36 |
| 09/02/2025 | DED | Deduction-FDISA-07292022 D D | ( 0.64) | 0.72 |
| 09/04/2025 | LPDOCA | Legal Priority Copies DOC Advance | 2.00 | 2.72 |
| 09/04/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 2.00) | 0.72 |
| 09/12/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.40 | 2.12 |
| 09/12/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.40) | 0.72 |
| 09/12/2025 | LPDOCA | Legal Priority Copies DOC Advance | 2.80 | 3.52 |
| 09/12/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 2.80) | 0.72 |
| 09/12/2025 | LPOSPA | Legal Postage OSP Advance | 2.25 | 2.97 |
| 09/12/2025 | LPOSP | Legal Postage OSP Debt | ( 2.25) | 0.72 |
| 09/12/2025 | LPOSPA | Legal Postage OSP Advance | 2.52 | 3.24 |
| 09/12/2025 | LPOSP | Legal Postage OSP Debt | ( 2.52) | 0.72 |
| 09/23/2025 | LPDOCA | Legal Priority Copies DOC Advance | 6.30 | 7.02 |
| 09/23/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 6.30) | 0.72 |
| 09/23/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.20 | 1.92 |
| 09/23/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.20) | 0.72 |
| 09/29/2025 | DEP | ANNETTE GALINDO | 50.00 | 50.72 |
| 09/29/2025 | DED | Deduction-TRSA-07072021 D D | ( 2.50) | 48.22 |
| 09/29/2025 | DED | Deduction-CLR-07072021 D D | ( 25.00) | 23.22 |
| 09/29/2025 | DED | Deduction-CLR-07072021 D D | 25.00 | 48.22 |
| 09/29/2025 | DED | Deduction-RPDOCA-03212025 D D | ( 5.25) | 42.97 |
| 09/29/2025 | DED | Deduction-FDISA-07292022 D D | ( 17.25) | 25.72 |
| 09/29/2025 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 25.00) | 0.72 |
| 09/30/2025 | DED | Deduction-FDISA-07292022 D D | ( 0.72) | 0.00 |
| 10/02/2025 | DEP | JENNIFER PURYEAR | 50.00 | 50.00 |
| 10/02/2025 | DED | Deduction-TRSA-07072021 D D | ( 2.50) | 47.50 |
| 10/02/2025 | DED | Deduction-CLR-07072021 D D | ( 25.00) | 22.50 |
| 10/02/2025 | DED | Deduction-CLR-07072021 D D | 25.00 | 47.50 |
| 10/02/2025 | DED | Deduction-FDISA-07292022 D D | ( 22.50) | 25.00 |
| 10/02/2025 | LCPRRS | LEGAL COPY PUB REQUEST SALE | ( 3.00) | 22.00 |
| 10/02/2025 | INT1 | Interest Distribution | 1.44 | 23.44 |

```
LEDEBOEH                OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                        T R U S T   A C C O U N T   S T A T E M E N T      12.1.1.0.1.5 ODOC


DOC: 0018457512     Name: BLOODAXE, RAYDER IRONWOLF           DOB: 01/26/1997
LOCATION: OSP-D-D_452
                                                         Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/02/2025 | DED | Deduction-TRSA-07072021 D D | ( 0.07) | 23.37 |
| 10/02/2025 | DED | Deduction-CLR-07072021 D D | ( 0.72) | 22.65 |
| 10/02/2025 | DED | Deduction-CLR-07072021 D D | 0.72 | 23.37 |
| 10/02/2025 | DED | Deduction-FDISA-07292022 D D | ( 0.65) | 22.72 |
| 10/03/2025 | RPDOCA | DOC - REST/PROP ADVANCE | 5.87 | 28.59 |
| 10/03/2025 | RPDOC | DOC - REST/PROP DEBT2505J087J41 | ( 5.87) | 22.72 |
| 10/03/2025 | MDISA | Medical Disciplinary Advance | 16,465.52 | 16,488.24 |
| 10/03/2025 | MDIS | Medical Disciplinary Debt2505J087J41 | ( 16,465.52) | 22.72 |
| 10/03/2025 | DED | Deduction-RPDOCA-03212025 D D | ( 5.87) | 16.85 |
| 10/03/2025 | DED | Deduction-MDISA-10032025 D D | ( 16.85) | 0.00 |
| 10/03/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.00 | 1.00 |
| 10/03/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.00) | 0.00 |
| 10/03/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.40 | 1.40 |
| 10/03/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.40) | 0.00 |
| 10/03/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.70 | 1.70 |
| 10/03/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.70) | 0.00 |
| 10/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.00 | 1.00 |
| 10/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.00) | 0.00 |
| 10/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 1.00 | 1.00 |
| 10/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 1.00) | 0.00 |
| 10/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.30 | 0.30 |
| 10/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.30) | 0.00 |
| 10/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.20 | 0.20 |
| 10/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.20) | 0.00 |
| 10/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.40 | 0.40 |
| 10/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.40) | 0.00 |
| 10/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.30 | 0.30 |
| 10/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.30) | 0.00 |
| 10/17/2025 | LPOSPA | Legal Postage OSP Advance | 2.25 | 2.25 |
| 10/17/2025 | LPOSP | Legal Postage OSP Debt | ( 2.25) | 0.00 |
| 10/17/2025 | LPOSPA | Legal Postage OSP Advance | 0.84 | 0.84 |
| 10/17/2025 | LPOSP | Legal Postage OSP Debt | ( 0.84) | 0.00 |
| 10/17/2025 | LPOSPA | Legal Postage OSP Advance | 1.13 | 1.13 |
| 10/17/2025 | LPOSP | Legal Postage OSP Debt | ( 1.13) | 0.00 |
| 10/17/2025 | LPOSPA | Legal Postage OSP Advance | 3.63 | 3.63 |

DOC: 0018457512    Name: BLOODAXE, RAYDER IRONWOLF           DOB: 01/26/1997
LOCATION: OSP-D-D_452

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/17/2025 | LPOSP | Legal Postage OSP Debt | ( 3.63) | 0.00 |
| 10/17/2025 | LPOSPA | Legal Postage OSP Advance | 2.25 | 2.25 |
| 10/17/2025 | LPOSP | Legal Postage OSP Debt | ( 2.25) | 0.00 |
| 10/21/2025 | LCPRRA | LEGAL COPY PUB REQUEST ADVANCE | 3.50 | 3.50 |
| 10/21/2025 | LCPRR | LEGAL COPY PUB REQUEST DEBT | ( 3.50) | 0.00 |
| 11/04/2025 | INT1 | Interest Distribution | 1.44 | 1.44 |
| 11/04/2025 | DED | Deduction-TRSA-07072021 D D | ( 0.07) | 1.37 |
| 11/04/2025 | DED | Deduction-CLR-07072021 D D | ( 0.72) | 0.65 |
| 11/04/2025 | DED | Deduction-CLR-07072021 D D | 0.72 | 1.37 |
| 11/04/2025 | DED | Deduction-FDISA-07292022 D D | ( 0.65) | 0.72 |
| 11/07/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 0.10) | 0.62 |
| 11/07/2025 | LPDOCS | Legal Priority Copies DOC Sale | ( 0.60) | 0.02 |
| 11/07/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.60 | 0.62 |
| 11/07/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.60) | 0.02 |
| 11/07/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.30 | 0.32 |
| 11/07/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.30) | 0.02 |
| 11/07/2025 | LPDOCA | Legal Priority Copies DOC Advance | 4.20 | 4.22 |
| 11/07/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 4.20) | 0.02 |
| 11/07/2025 | LPDOCA | Legal Priority Copies DOC Advance | 2.50 | 2.52 |
| 11/07/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 2.50) | 0.02 |
| 11/07/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.20 | 0.22 |
| 11/07/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.20) | 0.02 |
| 11/07/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.10 | 0.12 |
| 11/07/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.10) | 0.02 |
| 11/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 2.10 | 2.12 |
| 11/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 2.10) | 0.02 |

TRANSACTION DESCRIPTIONS --      2105 RESERVE   SUB-ACCOUNT
                                    OPTICAL

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --      2113 TRANSITIONAL   SUB-ACCOUNT
                                    SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/01/2025 | DED | Deduction-TRSA-07072021 D D | 0.07 | 369.31 |
| 05/05/2025 | DED | Deduction-TRSA-07072021 D D | 2.50 | 371.81 |
| 06/03/2025 | DED | Deduction-TRSA-07072021 D D | 0.07 | 371.88 |

```
LEDEBOEH                OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T  12.1.1.0.1.5 ODOC

DOC:  0018457512    Name: BLOODAXE, RAYDER IRONWOLF              DOB: 01/26/1997
LOCATION: OSP-D-D_452
                                                        Max Date:

DATE          TYPE    TRANSACTION DESCRIPTION      TRANSACTION AMT         BALANCE
06/14/2025    DED     Deduction-TRSA-07072021 D D             2.50          374.38
07/02/2025    DED     Deduction-TRSA-07072021 D D             0.07          374.45
08/05/2025    DED     Deduction-TRSA-07072021 D D             0.07          374.52
09/02/2025    DED     Deduction-TRSA-07072021 D D             0.07          374.59
09/29/2025    DED     Deduction-TRSA-07072021 D D             2.50          377.09
10/02/2025    DED     Deduction-TRSA-07072021 D D             2.50          379.59
10/02/2025    DED     Deduction-TRSA-07072021 D D             0.07          379.66
11/04/2025    DED     Deduction-TRSA-07072021 D D             0.07          379.73
```