Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Filed 11/25/2025 - RKS

# UNITED STATES DISTRICT COURT

for the

_____ District of Oregon

_____ Division

|  |  |
|---|---|
| Rayber Ironwolf Bloodaxe | Case No. 6:25-cv-02178-AN |

Rayber Ironwolf Bloodaxe
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

see attachment 1
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:25-cv-02178-AN
_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Bloodaxe 18957512

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kayder Ironwolf Bloodaxe

All other names by which you have been known: Christian Kay Miller

ID Number: 18457512

Current Institution: OSP

Address: 2605 State St

Salem                OR          97310
City               State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Stephenson,

Job or Title *(if known)*: STM Lt.

Shield Number: Unknown

Employer: OSCI - ODoC

Address: 3405 Deer Park DR SE

Salem                OR          97310
City               State        Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name: Nawaz

Job or Title *(if known)*: STM Lt

Shield Number: Unknown

Employer: OSCI - ODoC

Address: 3405 Deer Park DR SE

Salem                OR          97310
City               State        Zip Code

☒ Individual capacity   ☒ Official capacity

Bloodaxe 18457512

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — Corrigan

Job or Title *(if known)* — Grievance Coordinator

Shield Number — Unknown

Employer — OSCI - ODOC

Address — 3405 Deer Park DR SE

Salem     OR     97310
*City*     *State*     *Zip Code*

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

Name — John & Jane Does

Job or Title *(if known)* — Correctional officers

Shield Number — Unknown

Employer — OSCI - ODOC

Address — 3405 Deer Park DR SE

Salem     OR     97310
*City*     *State*     *Zip Code*

Defendants continued : Attachment 2

☒ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal: 1st Amendment, 8th Amendment, 14th Amendment, 5th Amendment

State: Article 1, section 13;

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Blandree 18951512

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants failed to protect plaintiff and acted outside the scope of their Mandated duties and failed to follow their own policies.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Events arose inside an institution

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attachment 3

Bloodaxe 18957512

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Oct 23 & 31, 2024, to

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See    Attachment 4

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Transport to hospital, 2 stitches, Permanent scarring, Chipped teeth. Still not receive dental treatment

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declaratory & Injunctive relief. Compensatory and Punitive damages to make Plaintiff whole again for sustained injuries and pain/suffering. Any relief the court deems appropriate.

Blackee 1895251L

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

OSP & EOCI

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All claims were raised and proved futile

Bloodaxe 18457512

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    N/A

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

OSP and EOCI

2.    What did you claim in your grievance?

Several items raised herein - each fact was raised. See Attached grievances - Attachment(s) 5

3.    What was the result, if any?

Results were ultimately futile, resulting in frivolous denials, indifference, and copy and paste responses

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

All administrative remedies were exhausted according to DOC-Policy

Blackxe 18457512

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

Grievance were exhaustively filed and any remedies were denied and futile.

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Multiple reports to Inspector General, letters to Attorney General, Letters to office of population management, tons of Kites, Voicemails, Phone calls, emails, etc by Plaintiffs mother to prison admin. See Attachment for details

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

See Attachment 6
Some items have to be received via discovery

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Bloodaxe 1845781Z

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes — Vague references

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  Rayder Ironwolf Bloodaxe

    Defendant(s)  Corey Fhuere

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    Marion County Circuit Court, Oregon

3.  Docket or index number

    25 CV 44763  -  Habeas Corpus

4.  Name of Judge assigned to your case

    Courtland Geyer (503) 373-4445

5.  Approximate date of filing lawsuit

    Aug 7, 2025

6.  Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition.  N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Still Pending

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Bloodaxe 1845751-2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  Bloodaxe, Hansen-Kinn
    Defendant(s)  Corey Fhoere

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    Marion County Circuit Court

3.  Docket or index number

    25CV46251

4.  Name of Judge assigned to your case

    Courtland Geger

5.  Approximate date of filing lawsuit

    Aug 20, 2025

6.  Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition    N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Still pending

Bloodaxe 1845751c

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11/24/25_

Signature of Plaintiff _Tayler Feenwolf Bloodaxe_

Printed Name of Plaintiff _Tayler Feenwolf Bloodaxe_

Prison Identification # _18957512_

Prison Address _2605 State St._

| | | |
|---|---|---|
| Salem | OR | 97310 |
| City | State | Zip Code |

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number _____

E-mail Address _____

Bloodaxe 18957512

Attachment 1

Defendants:

STM Lt Stephenson, STM Lt Nawaz, grievance coordinator Corrigan, OSCI John and Jane Doe officers, OSP John and Jane Doe officers (DSU), grievance coordinator Lawson and Curtiss, Lt. Tremble, OSP DSU sgt. John Doe, STM Lt. Younce, C/o Young, Sgt. Castro, grievance coordinator Villers, Sgt. Stewart, Lt. Alvarado, C/o Weems, Captain Robinson, Lt. Booker, Lt. Casswell Captain Wiley, Inspector General office, Sgt. Polk, C/o Griffith, David Pedro, Corey Fhore, John/ Jane Doe(s), Office of Population Management, Oregon Dept. of Corrections

Bloodaxe 18457512

Attachment 2

Defendant No 5:
   OSP  John / Jane Does
   Correctional officers
   Unknown Shield #
   OSP · ODOC
   2605 State St  Salem, OR 97310
Sued in Individual and official capacities

Defendant No 6:
      Lawson, Curtiss
      Grievance Coordinators
      Unknown Shield #
      OSP - ODOC
   2605 State St  Salem, OR 97310
   Sued in Individual and official capacities

Defendant No 7:
   Lt. Tremble
   Correctional officer
   Unknown Shield #
   OSP - ODOC
   2605 State St  Salem, OR 97310
Sued in Individual and official capacities

Bloodaxe 18457512

Attachment 2

Defendant No 8:

    OSP DSU Sgt John & Jane Doe

    Correctional officer

    Unknown Shield #

    OSP - ODOC

  2605 State st Salem, OR 97310

  Sued in Individual and official capacity

Defendant No 9:

    Lt. Younce

    STM Lt.

    Unknown Shield #

    EOCI· ODOC

  2500 Westgate Pendleton, OR 97801

  Sued in Individual and official capacity

Defendant No 10:

    Young

    Correctional officer

    Unknown Shield #

    EOCI· ODOC

  2500 Westgate Pendleton, OR 97801

  Sued in Individual and official capacity

Bloodaxe 18951512

Attachment 2

Defendant No 11:

  Sgt Castro
  Correctional Officer

  Unknown Shield #

  EOCI - ODOC

2500 Westgate Pendleton, OR 97801
 Sued in Individual and official capacity

Defendant No 12:

  Villers

  Grievance Coordinator

  Unknown Shield #

  EOCI - ODOC

2500 Westgate Pendleton, OR 97801
Sued in Individual and official capacity

Defendant No 13:

  Sgt Stewart
  Correctional officer

  Unknown Shield #

  EOCI - ODOC

2500 Westgate Pendleton, OR 97801
Sued in Individual and official capacity

Bloodaxe 18957512

Attachment 2

Defendant No 14:

Lt. Alverado

Correctional Officer

Unknown Shield #

EOCI - ODOC

2500 Westgate Pendleton, OR 97801

Sued in Individual and official capacity

Defendant No 15:

Weams

Correctional officer

Unknown Shield #

EOCI - ODOC

2500 Westgate Pendleton, OR 97801

Sued in Individual and official capacity

Defendant No 16:

Captain Robinson

Correctional Officer

Unknown Shield #

EOCI - ODOC

2500 Westgate Pendleton, OR 97801

Sued in Individual and official capacity

Bloodaxe 18957512

Attachment 2

Defendant No 17:

Lt. Booker

Correctional officer

Unknown Shield #

Eocl - ODOC

2500 Westgate Pendleton, OR 97801

Sued in Individual and official capacity

Defendant No 18:

Lt. Casswell

Correctional officer

Unknown Shield #

Eocl. ODOC

2500 Westgate Pendleton, OR 97801

Sued in Individual and official capacity

Bloodaxe 18457512

Attachment 3

1. Plaintiff was at multiple ODOC institutions at the time giving rise to the claims herein. The Claim originates from Oregon State Correctional Institution then transfers on October 23, 2024 to Oregon State Penitentiary, then October 31, 2024 further Claims rise at Eastern Oregon Correctional Institution and then come back to OSP around June 19, 2025 and continue from there.

Bloodaxe 18952512

Attachment 4

1. October 23, 2024 last minute defendant stephenson transported plaintiff to OSP and placed in DSU without reason.

2. Plaintiff filed grievance on defendant stephenson.

3. Plaintiff neighbor in DSU was an active skin head gang member who told plaintiff that DSU staff told them Bloodaxe is a drop out and that he is a target for allowing a black man in religious Asatru circle.

4. Plaintiff repeatedly from Oct. 23, 2024 to October 30, 2024 requested to contact Inspector General and was denied.

5. Plaintiff sent several kites regarding fears for his safety.

6. Plaintiff is a drop out gang member and labeled "rat" for reporting to Doc officials a planned prison stabbing and a knife was recovered.

7. Oct 31, 2024 plaintiff was transported to EOCI, placed in seg without reason.

8. EOCI DSU staff refused plaintiff right to contact Inspector General

9. EOCI DSU staff had no knowledge to why plaintiff is placed in DSU.

Bloodaxe 18957512

Attachment 1

10. Plaintiff filed several grievances, throughout this entire ordeal. Please see "Exhaustion of Administrative Remedies."

11. November 13, 2024 plaintiff sent a letter to Inspector General regarding safety concerns.

12. Plaintiff sent numerous kites to defendants outlining fears of attack and safety concerns.

13. November 25, 2025 defendant Lawson reported in writing that his concerns for OSP DSU staff breaching confidentiality (see grievance 2024-11-104) about plaintiffs "drop-out" status; "does not directly and personally affect" plaintiff.

14. Upon information and belief defendant Lawson deliberately and with indifference denied plaintiff protection and legitimate redress of grievances.

15. Plaintiff was supposed to be released from DSU on or around January 20, 2025 but was refused without legitimate reason. No due process was offered.

16. On multiple occasions, plaintiff kited STM youncey and others regarding institution placement, safety and security concerns

17. January 19, 2025 defendant Murray watched plaintiff urinate without and outside of scope of her duties.

Bloodaxe 18957512

Attachment 1

18. Defendant Murray retaliated against plaintiff for asking to speak to superior and report PREA. She further denied him.

19. Defendant Murray punished plaintiff by writing a disciplinary report that was filled with lies and ultimately dismissed.

20. Defendant Captain Robinson, Captain Wiley told plaintiff Murrays actions are not PREA contrary to ODOC policy - OAR 109.

21. Defendant Villers denied plaintiffs request for PREA screening and refused to forward to Inspector General, contrary to ODOC Policy.

22. February 3, 2025 defendant Young and Castro told plaintiff he is not allowed to tell other AICs how to file grievances and told the DSU tier that plaintiff "sexually assaulted a child." They refused plaintiff to talk to chain of command.

23. Plaintiff covered his window due to prison politics and was assaulted by defendant young and Castro without warning, with some but through the cuff port. No communication was attempted

24. The above incident was reported to defendant Lt. Booker by Plaintiff and AIC witnesses: Fitz-Henry, Frost, Arocha, etc.

Bloodaxe 1845?512

Attachment

25. Plaintiff was sprayed, shackled, cuffed and thrown to the ground. His decontamination shower was delayed.

26. January 4, 2025 counselor Zhi told plaintiff he had two black eyes. This is due to excessive force from extraction officers John Does.

27. January 4, 2025 plaintiff reported injuries of bruises, scrapes and pain to Nurse John.

28. Defendant Young refused plaintiff ability to file a grievance

29. Plaintiff was denied any and all forms of stimulation for several days: no writing, books, recreation, etc.

30. February 6, 2025 plaintiffs "paper restriction" was lifted and defendant Young had him placed back on.

31. Plaintiff was not even allowed regular toilet paper and at some times was not able to fully clean self.

32. February 10, 2025 defendant STM Lt Younce talked to plaintiff, denied him "sensitive need" housing (east side) stating, "skin heads aren't really active here and I think you'll be okay from gangs.

Bloodare 18952513

Attachment 1

33. Defendant Younce told plaintiff you are admin. Seg'd until your 'DR' hearing contrary to ODOC policy and regulations.

34. Plaintiff explicitly informed defendant Younce of fears of attack for being a drop-out gang member, and what c/o Young stated on the tier. Younce deliberately disregarded plaintiffs safety

35. February 13, 2025 defendant placed plaintiff on an active gang unit with deliberate indifference by placing him in a 4 man cell with an active skinhead.

36. Plaintiff endured several cell fights.

37. Aproximately five days after release to general population, plaintiff was visiously attacked in his sleep by an active gang member.

38. According to rumor and upon information and belief plaintiff was attacked with a razer blade.

39. Plaintiff was transported to the ER, received seven stitches and permanent scar on his face.

40 Plaintiff was placed in DSU for assault and disrespect.

41. Officer Warren told plaintiff that they knew AIC Marcus Paye - the one to attack plaintiff was going to attack someone, but didn't know who.

Blockare 18457512

## ATTACHMENT 4 (CONTINUED)

42. February 27, 2025 plaintiff was released back into general population by defendant STM LT. Younce. Defendant knew of risk to plaintiff's well-being and threat of harm and chose to ignore these concerns with deliberate indifference. Defendant placed plaintiff in the exact same unit he was just attacked in.

43. February 27, 2025 plaintiff told Sgt. Stewart and Lt. Alvarado before release from DSU that he was a gang drop out and will inevitably come back to DSU. Both officers shrugged their shoulders and said "We don't make those kinds of decisions."

44. Plaintiff then filed a kite to Grievance Coordinator Villers regarding his safety concerns.

45. After repeated attempts and reports to administrative officials and staff for help plaintiff was warned he will be "blasted" if remaining in general population. Plaintiff repeatedly got in trouble on purpose to be "celled-in," preventing and restricting his movements. Plaintiff attempted to "PC up" or be placed in protective custody and was never talked to or taken seriously.

46. May 19, 2025 plaintiff in an attempt to be placed in DSU attacked another AIC planning to hurt plaintiff. Plaintiff was ultimately hurt. Two AICs attempted to attack plaintiff.

47. June 11, 2025 STM LT Younce spoke to plaintiff while in DSU. Stating that plaintiff has proven he can't be here. Younce told plaintiff that he is sending him to OSP to separate him from the two AICs outlined in his disciplinary write up.

48. June 18, 2025 plaintiff was placed at Oregon State Penitentiary, in DSU to serve out the remainder of his 90-day sanction.

49. June 19, 2025 plaintiff spoke to Behavioral Health Services about his safety concerns.

50. July 2, 2025 plaintiff wrote and filed a kite to both OSP Grievance Coordinators and STM Lt. Darby regarding safety and security concerns.

51. July 7, 2025 plaintiff filed another kite to STM Lt. Darby regarding security concerns and the Inspector General's office.

52. July 21, 2025 plaintiff spoke to STM lt. Darby regarding security concerns. It was assumed plaintiff will be okay because former gang associates were low at OSP. Plaintiff and Darby agreed to meet again before release. Plaintiff specifically stressed that he will be attacked at some point as OSP is an active yard and he will not wait around to be injured.

53. August 15, 2025 STM Lt. Darby told plaintiff that the AIC who tried to two-on-one attack him has been housed at OSP. Plaintiff said he will definitely have problems with skinheads because he is a drop out. Darby stated to plaintiff that this AIC has promised him to leave plaintiff alone. Plaintiff was then released to general population.

54. August 16, 2025 plaintiff was pointed out at chow to other skinheads. Plaintiff was threatened with a weapon.

55. August 17, 2025 plaintiff attempted to speak to defendant Polk for help and was refused any help.

## ATTACHMENT 4 (CONTINUED)

56. Plaintiff was ultimately brought to DSU and issued a disciplinary report. Plaintiff specifically told John Doe and Jane Doe DSU officers to not double cell him and to review his record regarding his status. Plaintiff was placed in a double cell alone.

57. Hours later DSU John Doe(s) and Jane Doe(s) placed a skinhead into plaintiffs' cell with deliberate indifference to his safety. Plaintiff got into more than one physical altercation.

58. Plaintiffs mother contacted OSP staff multiple times to get help and proved futile.

59. August 19, 2025 plaintiff filed a grievance on all defendants regarding the situation and the refusal to place him in an appropriate condition.

60. Plaintiff filed multiple kites.

61. September 3, 2025 plaintiff sent kite to STM Lt Stephenson to talk regarding being placed at OSCI, a drop out yard.

62. September 3, 2025 defendant Darby spoke to plaintiff and was upset he filed a grievance on him. Darby told plaintiff, "you know I'm the one in the position to help you." We discussed the entire situation. Darby specifically told plaintiff he is not going to be released from segregation.

63. September 10, 2025 Sgt Malcolm refused to single cell plaintiff.

64. September 12, 2025 plaintiff was released from segregation and placed back in general population with deliberate indifference to his safety.

65. September 12, 2025 plaintiff kited inspector general.

66. Plaintiff avoided the chow hall repeatedly.

67. Upon information and belief, placing plaintiff back into general population was an act of retaliation for filing a grievance on defendant Darby.

68. September 19, 2025 Lt Darby spoke to plaintiff and acted like he was surprised to see him out of segregation. He then grilled him on the messages he was sending to his mother about things going on and status updates. Darby accused plaintiff of playing a game.

69. September 24, 2025 plaintiff was physically assaulted in his cell.

70. September 25, 2025 plaintiff engaged in another physical altercation.

71. Plaintiff has been told he is not allowed to shower or he will be attacked.

72. Plaintiff filed multiple kites to defendants for help.

73. Plaintiff refused multiple meals in an attempt to alter his routine to make it harder to be attacked.

74. Plaintiff wrote specific and detailed notes for each item of case history that will be submitted as a separate exhibit.

75. Plaintiff has a pending Habeas Corpus case for court regarding these issues.

76. Plaintiff has filed notice of Torts with the Risk administrative offices that was denied.

77. All defendants knew of risk to plaintiff and continued to subject him to these conditions causing him injuries both physically and psychologically.

78. Oregon Department of Corrections own records point out each of these facts.

79. Each defendant knowingly disregarded state and federal law and ODOC policy in their conduct outlined herein and as a result, deprived plaintiff irreparably.

Attachment 5



# Oregon Department of Corrections (ODOC)
## Eastern Oregon Correctional Institution
### Grievance - Denied

**To:** Miller, Christian Ray          **SID #:** 18457512          **Cell:** EOCI:DS09

**From:** Truman          , M          **Date:** 11/21/2024

**Re:** Non-Medical# EOCI_2024_11_115

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

**11/20/24: Rec'd initial grievance-DENIED- Per rule, an AIC may submit no more than a combined total of four initial discrimination complaints and AIC grievances in any calendar month.**

An AIC cannot have more than four active complaints (grievances, discrimination complaints, or appeals of either) at any time.

An AIC cannot submit more than a combined total of four initial AIC grievances and discrimination complaints per calendar month.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Bloodaxe 18457512

Page: _____ of _____ (3 page limit)    Grievance # EOCI-2024-11-115

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: __Miller__  __Christian__  __R__  __1845751 2__  __DSU 9__
        Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: EOCI DSU John/Jane Doe6/os p/Lt. Burchard

Please provide the date/time of incident giving rise to grievance: 10/31/24 - date

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Since I arrived at EOCI I have tried to put in a report to the Inspector General as authorized by ORS. Since October 31, 2024 at this facility, specifically I have not been afforded such access. On 10/31/24 I kyted EOCI grievance coordinator for help. He responded saying "Lt. Burchard... assured me he'd make sure you were given access..." I waited a week and still nothing so I filed another kyte that has yet to be received back from grievance coordinator. Coincidentally, at this time I finally received envelopes and was able to write a complaint to be lodged. Nevertheless, I still have need to verbally lodge a complaint. I'm not asking for much, I have made it well known of my needs via kytes to no end and misc. staff. I'm simply asking and doing the rights guaranteed to me by the 1st Amendment: "petition gov for redress of grievances." This delay has caused actual injuries.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

The ability to report to the IG via phone or via tablet message. I have written what I need to say for simplicity.

__11/17/24__
Date

__R Miller__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | DENIED | |
| | NOV 20 2024 | NOV 20 2024 | |
| | EOCI GRIEVANCE OFFICE | EOCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Bloodaxe  1845751 2

## GRIEVANCE FORM

Name: Miller        Christian        R        1845751Z        DSU 09
         Last           First          Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: Curtiss & Lawson

Please provide the date/time of incident giving rise to grievance: ~~BY~~ Dec 24, 2024

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

This grievance is filed on c/o Curtiss and Lawson for dereliction of duty and abuse of discretion. I came to them requesting assistance regarding safety concerns with staff that divulged privileged information to other AICs. The staff did this with ill intent as did Curtiss and Lawson who is covering for them. DOC Policy 70.1.4 III declares "All employees... expected to report any conduct which appears to involve illegal activity, mistreatment of AIC..." And DOC Policy 40.2.13 is very clear as to the dessemination of info - esp. (F)(3). Curtiss and Lawson covered for staff that did this and refused to help me which exposed me to threat of assault while all staff remained indifferent to my safety.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Criminal Investigation, punitive damages, formal reprimand and independant investigaton to my claim

Jan 3, 2024                         [signature] R Miller
Date                                    Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br>RECEIVED<br><br>JAN 10 2025<br><br>EOCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Received at Processing Facility<br><br>RECEIVED<br><br>JAN 21 2025<br><br>OSP/MCCF GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br>DENIED<br><br>JAN 22 2025<br><br>OSP/MCCF GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td></tr>
</table>

Bloodaxe  1845751Z

Page: ____ of ____ (3 page limit)    Grievance # OSP-2025-01-049

Official Use Only Invalid    Resubmit

## GRIEVANCE APPEAL FORM

Bloodaxe    Rayder

Name: Miller    Christan    R    18457517    DSU 09
.......Last.........First.........Initial.........SID#.........Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

First of all this grievance was on Lawson who denied it without recusing himself. a clear violation.

Second the details of the incident are abundantly clear.

Third, I can file as many grievances as required per the Federal constitution.

Fourth, it was sent within 19 days of the incident.

Fifth, this is your second chance to administratively resolve this matter

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

See original

1/31/25
Date

Rayder Leonwolf Bloodaxe
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED FEB 04 [?] EOCI GRIEVANCE OFFICE Date Stamp | RECEIVED FEB 19 2025 OSP/MCCF GRIEVANCE OFFICE Date Stamp | DENIED MAR 0[?] 2025 OSP/MCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

Bloodaxe    18457515

Page: ____ of ____ (3 page limit)    Grievance # _____

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Bloodaxe    Rayder    I    1845512    DSU 81
Last          First          Initial    SID#        Cell/Block/Bunk #

Whom are you grieving: EOCI Administration, Unknown c/os

Please provide the date/time of incident giving rise to grievance: 2/23/25 @ 1:00-1:30

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Before being released from DSU, on multiple occasions I made EOCI administration explicitly aware of safety concerns with placing me on the west side with active gang members as I am a drop out. This concern was ignored with deliberate indifference and as a result, on 2/23/25 a black gang member ran into my cell attacking me while on my bed telling me to leave the unit and calling me a drop out and RC case. Moreover, multiple officers told me that they knew that the AIC had violent intentions within 72 hours and did nothing to prevent my attack. These officers were Warren, Michael and Ferguson who heard him state he "will be back to DSU and has unfinished business."

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Place my safety as a priority – Place me on the East side where I am significantly less likely to encounter "active gang members"

2/24/25
Date

Rayder Cromwell Bloodaxe
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | DENIED | |
| | FEB 28 2025 | FEB 28 2025 | |
| Date Stamp | EOCI GRIEVANCE OFFICE Date Stamp | EOCI GRIEVANCE OFFICE Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
### Grievance - Denied

**To:** Miller, Christian Ray     **SID #:** 18457512     **Cell:** EOCI:DS09
**From:** Curtiss, S               **Date:** 11/25/2024

**Re:** Non-Medical# OSP_2024_11_104

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An AIC may not submit a grievance regarding any matter that does not directly and personally affect the AIC or any matter in which the AIC lacks personal knowledge of the incident or issue.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Case 6:25-cv-02178-AN    Document 2    Filed 11/24/25    Page 33 of 85
Page: ____ of ____ (3 page limit)    Grievance # OSP-2024-A-104

*Official Use Only*    *Resubmit*

## GRIEVANCE FORM

Name: <u>Miller</u>  <u>Christian</u>  <u>R</u>  <u>18457512</u>  <u>EOCI-DSU-9</u>
    Last          First        Initial      SID#        Cell/Block/Bunk #

Whom are you grieving: <u>OSP DSU Staff, c/o "John Doe"</u>

Please provide the date/time of incident giving rise to grievance: <u>10/23/24</u>

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I arrived at OSP from OSCI on a "last minute transport," and thrown into DSU without explanation, as no one knew why. I was then housed in SEG 135 next to active gang members. Before I was housed, it was brought to my attention that an unnamed Correctional officer informed the tier that I'm a skinhead, from OSCI, a drop out and according to reports made comments such as, "make him comfortable." My neighbor in DSU was also a skinhead and shared with me that he too is leaving the gang life and cautioned me to be careful because staff are clearly setting me up. I was able to talk my way out of further escalation with all AICs being political on the tier; nonetheless this was clear unprofessional action, misapplication of policy, breach of Confidentiality and deliberate indifference to my safety.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

A formal investigation as to which c/o did this and notation that because of his/her actions has contributed to a risk of my safety

<u>10/1/24</u>
Date


Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED | RECEIVED | ▓▓▓▓▓▓ | DENIED |
| NOV 05 2024 | NOV 21 2024 | ▓▓▓▓▓▓ | NOV 25 2024 |
| EOCI GRIEVANCE OFFICE Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp |

18457512  B)oodaxe    Recd 12/6/24

Page: ____ of ____ (3 page limit)        Grievance # OSP. 2024. 11. 104

Official Use Only **Invalid**    Resubmit

## GRIEVANCE APPEAL FORM

Name: __Miller__ __Christian__ __R__ __18457517__ __DSU09 EOCI__
   Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

The response offered is absolutely absurd! S. Curtiss denies this complaint stating in effect "does not directly and personally affect the AIC" - ME! or lacks knowledge of the issue. Please explain to me how a staff member telling active gang member that I am a dropout "does not directly and personally affect" me? Furthermore what knowledge is lacking here other that a staff members name? Which is not required as I have done John Doe grievances with approval. Your dismissal of such a severe issue makes you complicit and actively condoning the "failure to protect" conduct as grieved staff. You are in fact placing my safety as risk by effectively catluding and actively advancing this malicious conduct.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

S. Curtiss needs to recuse himself in all further review of this matter as well as what is placed in original complaint.

_____
Date

Signature _____ (signed 1/3/25)

| Receiving Facility (If different facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED DEC 09 EOCI GRIEVANCE OFFIC Date Stamp | RECEIVED DEC 23 2024 OSP/MCCF GRIEVANCE OFFICE Date Stamp | DENIED DEC 24 2024 OSP/MCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

Bloodore 18457512

OREGON

Page: ____ of ____ (3 page limit)    Grievance # SOC1-7025-02-067

Official Use Only                    Resubmit

A. Bledsoe    Rayder    J    **GRIEVANCE FORM**

Name: Miller    Christron    R    18457512    DSU 68 B

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Sgt. Castro & c/o Young

Please provide the date/time of incident giving rise to grievance: 2/3/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Both above staff told me that I was not allowed to
tell AIC Fitz-Henry OAR policies and to file grievances
They then egged each other on and made comments about
crimes I'm not in here for. Young said he has access to
my history and that I have sexually assaulted a child
before coming to prison - this is incorrect. They then antagonized
me when I asked for a copy of Lt. Bk of their refusal
and their deliberate indifference at telling other AIC untrue things
that can get me assaulted I had to cover my windows
No one tried talking to me. Next they took w/o warning
a battering ram hitting me multiple times - they never tried to
communicate to me just assaulted and laughed. AIC Frost witnessed
this and reported it to Lt. Booker. I was laled sprayed which was the
only time staff warned me before use of force

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

staff stated the battering ram assault was video/audio recorded, preserve it
and file it with OSP. I want medical attention for my knee. I
want both staff severely reprimanded and all witness interviewed & recorded

2/4/25
Date

Rayder el conway E brody
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | DENIED | |
| | FEB 03 2025 | FEB 03 2025 | |
| | EOCI GRIEVANCE OFFICE | EOCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ____ of ____ (3 page limit)    Grievance # EOCI-2025-02-071

Official Use Only        Resubmit

AKA Bloodaxe    Rayder  I

# GRIEVANCE FORM

Name: Miller    Christian    R    18457512    DSU 68 B

Last _____ First _____ Initial _____ SID# _____ Cell/Block/Bunk #

Whom are you grieving: Lt. Caswell

Please provide the date/time of incident giving rise to grievance: 2/3/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

After being sprayed, extracted and placed in a holding cage; I repeatedly asked staff to loosen my shackles as they were too tight. They continually refused until a nurse intervened after enduring much pain. My legs are now swollen from how tight they were with bruising. I asked repeatedly for staff to take pictures, I was refused. Later Lt. Caswell came outside of my cage to stare me down. He made taunting and antagonizing comments, such as; "Not so tough now are you." He then saw the hammer I was wearing, smirked and said, " I know more about that than you" and something about unworthy. I requested Lt. Booker to record this as well as Sgt. Burchard with no help. I then screamed, "Odin!" During this exchange AIC Fitz-Henry was present. I request he be interviewed, we are seperated and I have no way to "taint" his statement which will prove my authenticity.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Please interview all present, preserve all evidence, discipline relevant staff and mandate suitable crisis intervention training. Allow me to have my papers and legal work to start a lawsuit for all relevant issues.

2/4/25
Date

Rayder Caswell Bloodaxe
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED FEB 0 3 2025 EOCI GRIEVANCE OFFICE | DENIED FEB 0 3 2025 EOCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Bloodaxe  18457512




Page: ____ of ____ (3 page limit)    Grievance # CSCI 2025-02-020

*Official Use Only*    Resubmit

## GRIEVANCE FORM

Name: Bloodaxe    Rayder    I Arnold    18457512    DSU68

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: C/o Young

Please provide the date/time of incident giving rise to grievance: 2/4/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 2/4/25 I asked C/o young to file grievances and to contact the IG. Young stated that I did not have this right. He then asked why I need a grievance. I told him that I do not have to explain to him what I'm grieving. He was upset and then said, "because you think you are going to sue us." I told him that I do not have to explain any of this to him. I then asked to speak to a Lt where he denied this. I reported all this to Corp. Gielisch and counselor Zhu then Capt. Lindheld the following night where I was then authorized to file this.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Advise C/o Young not to deny my 1st Amendment Right.

2/6/25
Date

Rayder Deoruualf Bloodaxe
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED FEB 0 3 2025 EOCI GRIEVANCE OFFICE | DENIED FEB 0 3 2025 EOCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)

Page: ____ of ____ (3 page limit)    Grievance # __EOCI 2025-02-083__

Official Use Only                                    Resubmit

## GRIEVANCE FORM

Name: Cadaxe - Rayder __I__    18452511    DSU 68B
     Last      First      Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Lt. Booker

Please provide the date/time of incident giving rise to grievance: Feb 3, 2025

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

It was reported to Lt. Booker by at least 3 AICs regarding
illegal conduct by staff and she as to my knowledge has
done nothing about it. DOC Policy 70.1.4 states, "All employees...
are expected to report any conduct which appears to involve
illegal activity, mistreatment of AIC's..." At least 3 AICs
Fite-Henry, Frost, myself and other reported how to
officers assaulted me without verbal warning or commands
on Feb 3 through DSU cuff port.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want ALL video surveillance preserved and be allowed to
review. Witnesses interviewed and recorded. and a criminal
investigation launched.

2/10/25
Date

Rayder Branwolf B. Cadaxe
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED FEB 18 2025 EOCI GRIEVANCE OFFICE | DENIED FEB 18 2025 EOCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ____ of ____ (3 page limit)

Grievance # OSP-2025-08-127

*Official Use Only*    Resubmit

## GRIEVANCE FORM

Name: Okoloxye    Rayder    I    1845312    ____

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: OSP Staff

Please provide the date/time of incident giving rise to grievance: 8-15-25 Ongoing

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

OSP staff have failed to provide adequate protection to my person. Starting with STM Darby, Sgt. Polk, DSU staff and beyond I am a drop out gang member, OSP has housed someone who tried to run on one me at OSP. This same person hired another AIC to run in my cell with a weapon. I was released from DSU and immediately learned my life was at risk. On 8/17/25 I attempted to speak to Sgt Polk or an Lt/capt/ok and was deliberately disregarded. Because I asked to be protected Polk wrote a fabricated DR. I was simply trying to receive help as instructed. DSU staff then place me in a 2man cell and hours later cell me with a WS gang member, knowing I'm a drop-out. They continue to disregard my life, safety etc. Witnesses include AIC Brandon Hansen, my family, STM, Doc records.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Take my safety seriously. Investigate. House me at a actual drop-out yard

8/16/25

Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED AUG 2 ? 2025 | DENIED SEP 03 2025 | COPY FORWARDED TO STM Review SEP 03 2025 |
| Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | MCCF GRIEVANCE OFFICE Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp |

Page: _____ of _____ (3 page limit)    Grievance # OJP-2025-09.06

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Bloodaxe    Ranger    I    18452712    35)62
  Last      First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Polk, Darby, DOC

Please provide the date/time of incident giving rise to grievance: Ongoing

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

DOC has continually neglected my safety and failed to protect me. Most recently they placed me as a drop out on an active gang yard with an AIC who 90 days previously tried to Z on I me. I have raised the security concerns and was deliberately ignored I tried "P C ing" up w/ Sgt Polk who refused to help until I had to threaten him just to be placed in DSU. In DSU they refused to place me in a single cell and place a gang member in my cell w/ deliberate disregard to my safety although knowing the risks.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Protect me, place me on a drop out yard

8/30/25
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED SEP 09 2025 | DENIED SEP 16 2025 | |
| Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Attachment 6


Tina Kotek, Governor

**Oregon Department of Corrections**
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

July 8, 2025

Rayder Bloodaxe SID# 18457512
Oregon State Penitentiary
2605 State St
Salem, OR 97310-0505

Dear Rayder Bloodaxe:

The purpose of this letter is to provide acknowledgment of our receipt of your letter dated July 2, 2025 which our office received July 8, 2025. To expedite an accurate response to the issue you have raised, your correspondence has been directed to OSP Administration.

**ISSUE(S):**        Housing Safety

If you have additional questions once you have received the response from OSP Administration, please contact them with those matters. I will continue to monitor this situation, and I have asked OSP Administration to provide me with a copy of the response you will receive.

Sincerely,

For

Gary Ninman

Inspector General

cc:    OSP Administration

File

Recd
7/10/25

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*
Level 3 - Restricted

Bloodaxe 1845 2512

**Oregon**

Tina Kotek, Governor

**Oregon Department of Corrections**
Correctional Services Division
**Office of Population Management**
3723 Fairview Industrial Rd SE Suite 200
Salem, OR 97302



September 10, 2025

Rayder Bloodaxe
Oregon State Penitentiary

Subject:  Transfer Request

Rayder Bloodaxe:

Our office was forwarded your communication requesting a transfer to the Oregon State
Correctional Institution.

Unfortunately, Office of Population Management does not initiate transfers. I encourage you to
continue to work with your institution counselor regarding this request. Another way to
influence your transfer is by watching the AIC newsletters for job announcements and applying
for jobs of interest at the facilities you are hoping to reside at.

Sincerely,

*Ruth E. Schmidt*

R. Schmidt
Office of Population Management

Recd
9/15/25

Bloodaxe 18457512

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Office of Population Mgmt._ Date: _9/3/25_

State your issue in detail: _I am requesting help to be placed at OSCI where I can program, stay out of trouble, etc. This is the best place for me to do well b/c I am a drop-out and can't walk other yards_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Royder Bbodaxe | 18987512 | SG 102 |

Response/Action Taken: _____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

Attach 6

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Office of Population Mgmt._ **Date:** _9/3/25_

State your issue in detail: _I am requesting help to be placed at OSCI where I can program, stay out of trouble, etc. This is the best place for me to do well b/c I am a dropped and can't walk other yrds._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Royder Bkodoxe | 18957512 | SG 102 |

Response/Action Taken: _____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____
'If forwarded, please notify the AIC

CD 214 (02/2020)

**Oregon**

Tina Kotek, Governor

**Oregon Department of Corrections**
Correctional Services Division
Office of Population Management
3723 Fairview Industrial Rd SE Suite 200
Salem, OR 97302



September 10, 2025

Rayder Bloodaxe
Oregon State Penitentiary

Subject:  Transfer Request

Rayder Bloodaxe:

Our office was forwarded your communication requesting a transfer to the Oregon State
Correctional Institution.

Unfortunately, Office of Population Management does not initiate transfers. I encourage you to
continue to work with your institution counselor regarding this request. Another way to
influence your transfer is by watching the AIC newsletters for job announcements and applying
for jobs of interest at the facilities you are hoping to reside at.

Sincerely,

*Ruth C. Schmidt*

R. Schmidt
Office of Population Management

Recd
9/15/25

Level 3 - Restricted

Bloodaxe 18457512

Attach 6

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Counselor                                        **Date:** Nov 16, 2024

State your issue in detail: Is it possible for you to tell me the last DR I received? In addition, is there anything in my file that may suggest why I'm in DSU? I've written STM and DSU and no-one knows why I'm here. My constitutional rights are being decimated irreversibly and no one is giving me any answers! This isn't acceptable. I demand answers, I demand the right to report whats going on. If you dont have the answer, please in the name of justice give me the name of who does. What kind of gulag is this?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christian R Miller | 18457512 | DSU 9 |

Response/Action Taken: Mr. MILLER, COUNSELOR BYRNES IS YOUR ASSIGNED COUNSELOR. HE IS OUT ON LEAVE FOR THE NEXT COUPLE OF MONTHS. AS I MENTIONED IN MY RESPONSE, I WILL LOOK INTO THIS.

CLARK

Date Received: _____    Referred To*: _____

Date Answered: 11/19/24    Signature of Staff Member: B. Cl

*If forwarded, please notify the AIC

CD 214 (02/2020)

Bloodaxe 18457512

Recd. Nov 20, 2024

# OREGON DEPARTMENT OF CORRECTIONS
# AIC COMMUNICATION FORM

**FROM**

INSTITUTION: _EOCI_
AIC NAME: _Chistian R Miller_
SID #: _18457517_
UNIT/BUNK: _DSU9_
ADDRESS: _____

**TO** _Byrnes_

NAME: _Counselor_
TITLE: _____
ADDRESS: _EOCI_

---------------------------------------------------------------------------
(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _STM_        Date: _Nov 18, 2024_

State your issue in detail: _Can you please inform me as to why I am being subjected to such draconian rigidity and wholly without merit. There is a onerous stigma when subjecting an individual to segregation without legal authority in the form of legitimate penological interests. And in this case, my placement was done is bad faith, vexatiously and wantonly for oppressive reasons to retaliate for utilizing the grievance system to then pursue legal litigation. This is a clear sham Ad nuseam. If you are incapable of providing real answers, please in the name of the constitution, point me in the correct direction._

_Sent Nov 18, 2024_
_Duplicate Copy_

_CC's Lawyer, File, PI_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christian R Miller | 18452512 | DSU 9 |

Response/Action Taken: _____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

_Bloodaxe 18452512_

# OREGON DEPARTMENT OF CORRECTIONS
# AIC COMMUNICATION FORM

**FROM**

INSTITUTION: _ESCI_

AIC NAME: _Christoph White_

SID #: _16157912_

UNIT/BUNK: _DS 4_

ADDRESS: _____

_____

**TO**

NAME: _STM_

TITLE: _____

ADDRESS: _____

_____

--------------------------------------------------------------------------------
(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Mr. Clark                    Date: Nov 18, 2024

State your issue in detail: I was instructed to write you as you are reportedly the Chair of MDT. I have written a exhausting amount of kytes to Captains, Lts, Sgts and STM who have either ignored me or replied "unknown," "we dont know" etc. My question is why have I been transfered to EOCI and why am I in DSU? I have not gotten a DR and DSU staff have said Im not even under investigation. So naturally, I sit here and say, "self, what the hell is going on?" as I believe most logical individuals would. Also note, I have nearly or over a year of clear conduct. Any help you can afford me would be greatly appreciated. Thank you

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christian R Miller | 18457512 | DSU 9 |

Response/Action Taken: MR. MILLER, IF YOU COULD HELP ME BY FILLING ME IN ON WHAT HAPPENED AT OSCI? I AM GUESSING THERE IS SOMETHING BEING LOOKED AT AS YOU WENT FROM OSCI TO OSP DSU TO EOCI DSU. I WILL LOOK INTO THIS FURTHER, BUT THIS STARTS BACK AT OSCI.

                                    CLARK

Date Received: _____    Referred To*: _____

Date Answered: 11/19/24    Signature of Staff Member: B. Clark
'If forwarded, please notify the AIC

Bloodaxe 18457512        Recd Nov 20, 2024        CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

~~FROM~~ To:

INSTITUTION: _EOCl_
AIC NAME: _Christian R Miller_
SID #: _18452512_
UNIT/BUNK: _DSU 9_
ADDRESS: _____

From:
~~TO~~

NAME: _Mr. Clark_
TITLE: _____
ADDRESS: _EOCl_

-----------------------------------------------------------------

(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _DSU  Sgt. or Lt._     Date: _10/23/24_

State your issue in detail: _Can I please receive information as
to why I am placed in DSU. Is there misconduct?
a DR? Etc? Also Can ya tell me where
my 1206 was put in for_
_Thank you_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christion R Miller | 18452512 | SG 135 |

Response/Action Taken: _____

_Your placement in DSU was not my decision and I am not
sure exactly why you are in DSU._

_No, I will not disclose ANY 1206 information with
you._

Date Received: _10/23/24_     Referred To*: _____

Date Answered: _10/23/24_     Signature of Staff Member: _____
'If forwarded, please notify the AIC

Blaclaxe 18457512          Recd 10/30/24    CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
# AIC COMMUNICATION FORM

**FROM**

INSTITUTION: OSP
AIC NAME: Christian R Miller
SID #: 18452512
UNIT/BUNK: SG L35
ADDRESS:

**TO**

NAME: DSU Lt
TITLE:
ADDRESS:

-------------------------------------------------------------------------------------

(Fold Here)

## OREGON DEPARTMENT OF CORRECTIONS

### AIC COMMUNICATION FORM

TO: Counselor                                    Date: 10/24/24

State your issue in detail: OAR 291-105-0061 declares the procedures for handling misconduct reports and seg. placement that AIC must receive the report within 3 days I was placed in OSP DSU after a last minute transfer from OSCI general population. Not one officer has been able to tell me why I am here or what is happening What I do know is that OSCI is retaliating against me because of a plethora of complaints and the start of a civil Rights lawsuit. I have been denied access to my investigator, my legal work. I am once again, respectfully requesting a phone call to the Inspector General. Thank you

CC: Lawyer, PI, File

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christian R Miller | 18457512 | SG 135 |

Response/Action Taken: Please Kyte the SMH Lieutenant or Captain as they should be able to help answer some of your questions.

Date Received: 10-29-24    Referred To*: SMH LT or Captian

Date Answered: 10-29-24    Signature of Staff Member: P. Wright

*If forwarded, please notify the AIC

Dkoluxe 18457512                    Recd 10/30/24

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
# AIC COMMUNICATION FORM

~~FROM~~ To

INSTITUTION: _____OSP_____
AIC NAME: ___Christian R Miller___
SID #: ___18452512___
UNIT/BUNK: ___4 135___
ADDRESS: _____

From
~~TO~~ Wright

NAME: ___Counselor___
TITLE: _____
ADDRESS: _____
_____

--------------------------------------------------------------------------------

(Fold Here)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: DSU Captain                    Date: 10/30/24

State your issue in detail: Counselor P. Wright directed me to Contact you regarding the following matters:

1. Why am I in DSU?
2. Why have I been transferred from OSCI?
3. Are there any 12cc requests active for me?
4. If so where? ↑
5. Can I please make a phone Call to the Inspector General?

Thank you

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christon R Miller | 18457512 | SG 135 |

Response/Action Taken:

1. I don't know
2. Housing needs
3. That isn't something that is shared with AICs (Technically)
4. See #3
5. Work with your unit staff

Date Received: 11/4/24              Referred To*: _____

Date Answered: 11/4/24             Signature of Staff Member: LT. E. Trimble E. Jail
'If forwarded, please notify the AIC

CD 214 (02/2020)

Bloodaxe 18457512

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM TO

INSTITUTION:
AIC NAME: Christian R Miller

EOCI

SID #:

Miller, Christian Ra   DS09
18457512

UNIT/BUNK:
ADDRESS:

EOCI
Oregon Department of Corrections

TO From

NAME: DSU Captain

TITLE: LT. Trimble

ADDRESS:

--------------------------------------------------------------------------------
(Fold Here)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Grievance Coordinator     Date: 10/31/24

State your issue in detail: Can you please help me make a report to the Inspector Generals office. I have asked every staff possible with no progress for the last 11 days. Thank you

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Christian R Miller | 18457512 | DSU Cell 9 |

Response/Action Taken: I spoke to Lt. Burchard about this, and he assured me he'd make sure you were given access to file a report. Please let me know if this doesn't happen soon.

Date Received: _____     Referred To*: _____

Date Answered: 4/1/24     Signature of Staff Member: J. Villen

*If forwarded, please notify the AIC

CD 214 (02/2020)

Bloodaxe 18457512          Recd 4/1/24

# OREGON DEPARTMENT OF CORRECTIONS
## AIC ~~COMMUNICATION~~ FORM

FROM *to:*

INSTITUTION: ~~F C C I~~
AIC NAME: Christopher P Mills
SID #: 18452512
UNIT/BUNK: D50 Cell 9
ADDRESS:

**TO**

NAME: Grievance Coordinator
TITLE:
ADDRESS: F C C I

---

(Fold Here)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: _STM Stephenson / Nawaz_          Date: _10/31/24_

State your issue in detail: I am again asking why, early in the morning of 10/23/24 my door was kicked down & you dragged me out of bed to send me to DSU Seg at OSP and then on 10/31/24, I'm dragged out on another "last minute transport" to EOCI. at both OSP and EOCI, Lts and staff said I am not under investigation or have any DRs or markers in my file. You know what my situation is: I left snake as a drop out and rat because I told STM that Chris Berkel has a knife and is going to use it, my info turned true. So then you send me to OSP, placed next to a documented skinhead; Kyle, who informed me that OSP staff said I was a drop out. He was also aware that Odinsson and I completely eradicated the White Power Politics off OSCI yard, starting with our religion, which was the first Asatru kindred in the state & likely the U.S. prison system to denounce hate and accept all walks of life, regardless of race, origin, etc. That alone reaffirmed us as a target.

As you know, while at OSCI, I had NO DRs with clear conduct

AIC Committed Name (first middle last): _Christian R Miller_     SID#: _18452512_     Housing Unit: _DSU-9_

Response/Action Taken: for 11 months other than tattooing which was to cover up gang stuff. I was also in 3-4 programs and doing well in each. However, when I begin grieving & kyting b/c of religious discrimination, within weeks and during the final process, I and Odinsson are "last minute transported." My safety is on your hands - you even said that I'll have to figure it out. Every action beginning with your decision to move me is on you and Nawaz - anything, any fights I have to do or bloodshed is with your hand print: simply because Nawaz and you were more interested in retaliating for my threats of litigation on your staff. Your deliberate indifference to my safety is a clear mark on who you are with your blatant disregard to human life.

Date Received: _____     Referred To*: _____

Thanks for providing me a copy of your version of events.

Date Answered: _11/20/24_     Signature of Staff Member: _Sgt. STEPHENSON_

*If forwarded, please notify the AIC

Should have been served your DR.          CD 214 (02/2020)

CC Lawyer, file, PI
Bloodaxe 18452512          Rec'd 12/10/24

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

~~FROM~~ (TO)

INSTITUTION: _EOCI_
AIC NAME: _Christion R Mille,_
SID #: _18457512_
UNIT/BUNK:
ADDRESS:

Miller, Christian Ra
**18457512** **DS09**
— EOCI
Oregon Department of Corrections

Sent 10/31/24
CC: Lawyer, Private Investigator
File

FROM
TO
NAME: _Stephenson / Aaware_
TITLE: _STM_
ADDRESS: _CSCI_

--------------------------------------------------------------------------------
(Fold Here)

Tort 2

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _EO 5TM Lt._     Date: _11/1/24_

State your issue in detail: _I have tried multiple times to inquire as to one, why I'm "officially" been removed from OSCI and two, why I'm being placed in DSU? I've asked DSU staff, I've asked even Lts who've all stated that they dont know. Any help you can afford me is appreciated._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| ChristianR Miller | 8457512 | DSU 9 |

Response/Action Taken: 

unknown at this time.

Date Received: _____     Referred To*: _____

Date Answered: _11-5-24_     Signature of Staff Member: _youmis_

*If forwarded, please notify the AIC

Bloodone 5845751     Recd 11/5/24

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

FROM

INSTITUTION: FCCI
AIC NAME: Christina R Miller
SID #: 18457313
UNIT/BUNK: DSC 4
ADDRESS:

TO

NAME: STM
TITLE:
ADDRESS: FCCI

-------------------------------------------------------------------------------------
(Fold Here)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _Inspector General_      Date: _9/4/25_

State your issue in detail: _On July 8, 2025 you responded to me regarding my safety. You stated you will monitor the situation - have you? I don't believe so. Perhaps reviewing the following grievances will give you further insight, and maybe then your indifference will not be deliberate: OSP.2025-08-127; EOCI-2025-02-069; EOCI-2025.02-071, EOCI-2025.02-092; EOCI-2025-02-085; EOCI-2025.02-083, OSP.2025-01-099; OSP.2024-11-104 OSP.2025.01.055; EOCI-2025.02-184. I can continue everything is documented. OSP has proven their inability and deliberate indifference to my safety; can you NOW actually help?_

_Exact copy sent 9/8/25_

**AIC Committed Name (first middle last)**

_Frayder Ironwolf Bloodaxe_

| SID# | Housing Unit |
|------|--------------|
| 18457512 | SG/02 |

Response/Action Taken:

Date Received: _____    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____
'If forwarded, please notify the AIC

CD 214 (02/2020)

_Bloodaxe 18457512_

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: _____ OSP _____

AIC NAME: _____ R. Bloodaxe _____

SID #: _____ 1845712 _____

UNIT/BUNK: _____ SG 102 _____

ADDRESS: _____

_____

**TO**

NAME: _____ Inspector General _____

TITLE: _____

ADDRESS: _____

_____

------------------------------------------------------------

(Fold Here)

OSP sent sept 3, 2025

Attach 6

# TORT CLAIM NOTICE

To: Dept. of Admin. Services
   Risk Management
   PO Box 12009
   Salem, OR 97309-0009

From: Rayder Ironwolf Bloodaxe
   OSP 2605 state st
   Salem, OR 97310

Location of Claim: OSP
Date of Claim: August 8, 2025, August 15, 2025, ongoing
Compensation Demanded: TBD by court

     Pursuant to ORS 30.275, Claimant hereby gives notice that a claim for damages is being asserted on / against the public body or an agent employee or agent of. Below is a brief description of the details giving rise to the claim herein, so far as known to Claimant:

     May 19, 2025 STM Lt Stephenson stated he is sending claimant to OSP because he now see that claimants safety at EOCI is at risk He further stated he sending claimant to OSP

Bloodaxe 1845272

to seperate him from Jesse Fanus. Claimant said he is still a target of skinheads, and should not be placed on an active yard.

At an unknown date, Claimant told STM Lt. Darby that he is a drop-out skinhead and he will not wait around to be a victim and has already been attacked and attacked to be placed in DSU for his safety because Doc staff refuse to protect him. Darby asked claimant to come to staff if any problems arise. He agreed to do this.

August 15, 2025 Lt. Darby asked claimant if there will be any problems with AIC Jesse Fanus. Claimant said absolutely, this person has hired people to attack claimant and attempted to two-on-one claimant. Claimant was transported to OSP to be seperated from Fanus. Darby stated that Fanus promised to leave claimant alone as if that is assurance.

Claimant was released to general population on August 15, 2025 with AIC Brandon Hansen who will be a witness to this case.

On or around August 16, 2025 AIC Fanus

Bloodaxe 18457512

was in the chow hall and sent another AIC, Mike (skinhead) who walked to a table near claimant filled with skinheads to relay a message, one of which looked right at me.

Later in the day, Claimant was in the cell when a Skinhead told claimant, "You're getting poked pork." Claimant did not go to chow and other Skinheads, Mitch Drew walked passed claimants cell to state, "you have to eat sometime." When my cellie Hansen comeback at the same time, he told claimant, "Bro the skins were deep as fuck and are definitely looking for you." They were watching the chow line. Hansen also spoke to Drew to try and get the matter settled, Drew said "not an option, you're cellie is fucked," and is getting it at chow"

Claimant could not sleep was visibly disturbed and tried to talk to a c/o at count with no results.

The following morning claimant went straight to Sgt Polk to get help. Polk refused, telling claimant, "go back to your cell." claimant pleaded to speak in private or see a Lt or captain. Polk denied claimant. Claimant told Polk, "my

Bloodaxe 18452512

life is at risk." Claimant further told Polk that he is a drop-out gang member. Polk did not care and repeatedly told claimant to go to his cell. Claimant was distraught, stressed, afraid and humiliated.

Claimant tried telling Polk that if he goes to chow or his cell, he will be attacked. Claimant then went to walk away, said "fuck it, I tried, let them get me." Then something before "You dont understand, if I go anywhere, someone is taking me out." Polk then stopped Claimant stated, "you are getting what you want, going to DSU for extorting me."

En route to DSU, c/o Reed asked claimant why he can't walk OSP. It was explained in detail that claimant is a drop out, "hat", etc. which shows staff knew the safety risks.

At DSU intake claimant requested a single cell, explained why again. One of the officers said she knew the situation because Darby put out an email about me.

DSU staff placed me in an empty two man cell. Hours later they placed an affiliated

Bloodaxe 1845.512

California white Supremacist. We then fought and I explained the situation to him and he told me, "that is not what Fanus is telling us, but what you are saying actually makes sense." I was able to thwart any more fighting by showing and proving I do not have the ink Fanus claims I have and that I never became a full lettered gang member, merely a prospect drop-out.

All named staff knew a direct threat to claimants safety existed and failed/refused to intervene. By placing an AIC who previously targeted claimant on the same yard, less than 90 days after the fact is deliberate indifference. To place a California documented white Supramesist in claimants cell is deliberate indifference.

Claimant is sueing under the 8th Amendment of the US Constitution for "cruel and unusual punishment." Claimant will also sue under the US Constitution for violations of the Fourth Amendment: "the right to be secure in their persons;" Fifth Amendment: "depriving of life, liberty or property without due process;" and the Fourteenth: "nor shall any state deprive person of life, liberty or property

Bloodaxe 18452512.

without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

Claimant will further seek relief all relevant state statutes.

Claimant has made several reports to the Inspector General which has proven futile. Claimants mother has also made several reports to the prison and Doc authorities.

This Notice of Tort is in addition to Claimants previous Notice for Failure to protect and will continue to add notices as the state continues to disregard claimants life.

Claimant currently has an active Court action seeking protection via Habeas Corpus through Marion County Courts, Case # 25CV44763.

Respectfully,

Taylor Lenard Bloodaxe

Any form of compensation shall be via check/money order to Rayder Bloodaxe (c/o Jennifer Uilks) mailed to 4745 Sardine Creek Gold Hill, OR 97525

Bloodaxe 18457512

Attach 6

# TORT CLAIM NOTICE

To:     Oregon Department of Administrative Services
        Risk Management
        PO Box 12009
        Salem, OR 97309

From:   Claimant's Legal Full Name:    Royer Ironwolf Bloodaxe
        Claimant's S.I.D. Number:    18457512
        Claimant's Current Mailing Address:    2605 State St
                                                Salem, OR 97310

        Date of Birth:    N/A
        Social Security Number:
        Location of Loss:
        Date of Loss:    Ongoing

Amount of Compensation Demanded:    $ 1 Million

Pursuant to Oregon revised Statute 30.275 Claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim, so far as known to the claimant.

Doc officials have repeatedly failed to protect plaintiff, Originating from being transported from OSCI-OSP on 10/23/24 where staff told ATICs claimant is a drop out. Claimant was denied any access to contact IG and grievances were denied for not affecting claimant.

Claimant was then moved to EOCI and after 5TM Lt Pounce acknowledged claimant is a drop-out, disregarded his safety

Page 1 of 2                                                Form 27.010

Bloodaxe
18457512

and placed him on the west Yard (active). He was viciously attacked in his sleep resulting in hospital trip. Claimant was then placed in the same area and Doc staff refused to place claimant in "soft side" (East). Claimant had to endure multiple cell fights.

AICs then began targeting claimant where claimant was again ignored, and pre-emptively attacked an AIC targeting him because he and others (continued)

Dated this 30 day of July , 2025.

Zander Stewart Bloodaxe
Print Name

Zander Stewart Bloodaxe
Signature

18457517
S.I.D.

Names and Addresses of Defendants/ State Employee

| | |
|---|---|
| Oregon Department of Corrections<br>3723 Fairview Industrial Drive SE, Ste 200<br>Salem, OR. 97310 | David Pedro , Superintendent<br>EOCI<br>2500 Westgate |
| OSCI Superintendent and above staff<br>3405 Deer Park Dr | OSP Superintendent and staff<br>2605 State St |
| Eocl staff<br>2500 Westgate | |

Page 2 of 2

Form 27.010

Bloodaxe
18457517

were planning on stabbing claimant. Doc officials ignored all risk to claimant with deliberate disregard to his safety, well being and life.

There were several attempts on claimants iniative to seek help and have staff protect claimant. Staff refused, knowing a direct risk to claimant. After the first Attack Claimant endured, he filed a grievance and spoke to Lt Younce, Sgt Stewart, Lt Alvarado and others and was immediately placed in the same location to endure further attacks.

Furthermore, there are several reports filed by claimants mother, Jen Wilks to ODOC and EOCI. ODOC officials without a doubt knew a substantial risk to claimant existed.

Officers to be sued:

OSCI STM Lt Stephenson, grievance Coordinator Colligan, John Does

OSP DSU John Does, Lt Tremble, Counselor Wright, Grievence Coordinators Curtiss, etc

EOCI STM Lt Younce, Sgt Stewart, C/o warren, C/o Young, Sgt Campos, Lt Alvarado, John Does

and all respective supervisors.

Blood # 13452813

Attach 6

# TORT CLAIM NOTICE

To:   Oregon Department of Administrative Services
      Risk Management
      PO Box 12009
      Salem, OR 97309

From: Claimant's Legal Full Name:        RAYDER IRONWOLF BLOODAXE
      Claimant's S.I.D. Number:          18457512
      Claimant's Current Mailing Address: 2500 WESTGATE PENDLETON OR 97801


      Location of Loss:                  OSCI-OSP-EOCI
      Date of Loss:                      October 23, 2024 to date

Amount of Compensation Demanded:         $ 500,000.00

Pursuant to Oregon revised Statute 30.275 Claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim, so far as known to the claimant.


This Tort notice is the last of a series of 3 regarding multiple constitutional violations. Claimant has repeatedly attempted to receive his approved religious books that were confiscated by staff and then donated to the chapel. The Chaplin refused to give these books back and instead at claimants' cell door in DSU punched his window, did a cross rite and said "Ill pray for you." Claimant will attach a variety of grievance and formal complaints with this Notice and incorporates each as individual facts to substantiate constitutional violations claims.

Each attached grievance is to be utilized as independent facts for claimants' allegations and to show the repeated attempts to not only attempt to resolve these issues administratively but also the futility in doing so. During this time EOCI staff have restricted claimant from any and all religious practices and stimulation as well all forms of outdoor recreation for nearly six months.

Claimant has repeatedly tried to resolve all his claims and allegations with repeated results of being ignored and or refusal at any attempt to resolve by DOC administration. Claimant has also requested perseverance of all related documents, video surveillance and witness statements.

While in DSU claimant was also assaulted through the cuffport by officers without warning of use of force. This situation later resulted in a full cell extraction as claimant was continually provoked and harassed by Sgt Campos and officer Young. These officers also divulged on the tier confidential information regarding claimant about him being a drop out and also falsely accused claimant of a

Page 1 of 4                              RAYDER IRONWOLF BLOODAXE
18457512

child molester. This directly placed claimant at risk for his safety as such charges are looked down upon and preyed on. There were multiple witnesses to this interaction which were reported by other AICs to LT Booker. Claimant filed complaints regarding this which have also proven futile.

After claimant was extracted from the cell his decontamination shower was prolonged and another AIC was given access before claimant although that AIC was extracted later after claimant was and there were multiple decontamination shower. Claimant was then refused access to paper to write, toilet paper had to be asked for and timed at the exact time an officer walked which were inconsistent and sometimes took a few hours causing claimant to have to hold bowel movements in extreme discomfort. Claimant was also not allowed to have direct access to his mail or file grievance without literally begging officers and sometimes he was still denied by defendant Young in specific.

Claimant was kept in segregation for more than the 90-day limit allowed and spent nearly another 30 days in DSU without reason, notice or a hearing. Claimant also filed complaints on these issues and will attach them as individual facts enclosed.

Claimant repeatedly told administrative officials and STM Younce, Lt. Alvarado and many more that there are serious safety risks to his placement at EOCI and to be placed on the "less active side" known as the "East Side." Accordingly, STM Younce refused this and said "You will have to make do on the West side as there are no open beds on the East side." Claimant was told later that this was not true. Nonetheless, because of defendant's blatant disregard and indifference to the claimant's safety he was viciously attacked while sleeping on his bunk which required hospital transportation and 7 stitches in his face for being a drop out gang member. Claimant was then placed in DSU and later released into the exact same unit where he was attacked. Claimant told multiple officers to include Sgt. Peters, Sgt. Stewart, and LT. Alvarado that he is in fear of his safety and was told there nothing they can do. Claimant also sent multiple kites to STM, and other authorities requesting they help proptect him. Nothing was done.

Furthermore, claimant when released from DSU, after his attack was placed in the exact same unit where he was attacked. Claimant has made it abundantly clear to all staff he encounters of the safety risks. It is a matter of time before claimant will have to defend his life again for being placed with active gang members deliberately and indifferently by defendants. This all originated from the very beginning when claimant was retaliated against at OSCI and kicked out for nothing he did and with vague reasons that were predominantly the actions of another AIC as the report outlines.

Claimant encloses copies of each grievance to substantiate the alleged constitutional violations and incorporated them as individual facts. Claimant will also use each of these complaints (grievances and discrimination complaints) in a 1983 lawsuit. Defendants in this matter violated numerous Oregon Administrative Rules (OAR) and thus created multiple liberty violations and a bad act under the color of both state and federal law.

Claimant has exhausted EVERY possible avenue for administrative remedies, including filings multiple documents, and recordings with the inspector general.

Page 2 of 4                                    RAYDER IRONWOLF BLOODAXE
18457512

Dated this 13 day of March ,2025

*filed 4/9/25 w/*
*All Grievances*

**RAYDER IRONWOLF BLOODAXE**
Print Name

_____
Signature

**18457512**
S.I.D.

Names and Addresses of Defendants/ State Employee for all Notice of Torts for this case

| | |
|---|---|
| Oregon Department of Corrections<br>3723 Fairview Industrial Drive SE, Ste 200<br>Salem, OR. 97310 | David Pedro (EOCI), Corey Fhuere(OSP) and Josh Highberger(OSCI), Superintendents |
| OSCI Food Service Coordinator Barboa, Dolgin, Milller, Gressel; Food Service Manage Nawaz; Kitchen staff. Officers Solis, Presley, Grievance Coordinators Curtiss and Lawson<br><br>2405 Deer Park DR SE<br>Salem OR 97310 | EOCI Officers Young, Gielisch, Payiaruilo, Campos, John Does, Lieutenants Younce Burchard, Alvarado, Caswell, Chaplin Zuleta; Grievance Coordinators Villers and Truman<br><br>2500 Westgate<br>Pendleton OR 97801 |
| OSP John Does, Lieutenant Tremble, Grievance Coordinators Curtiss, Lawson<br><br>2605 State ST<br>Salem OR 97310 | |

RAYDER IRONWOLF BLOODAXE

Attach E

Info Requested sent Sept 3, 2025

## TORT CLAIM NOTICE Addition
Re: L1918440l

You requested specifity to my claims, although I know they are there. Nonetheless, I'll outline my claims again. Please note, because DOC <u>refuse</u> to give me my legal files, I do not have copies of what exactly I have sent, nor my notes to exact dates, but I will provide details from memory:

Oct 23, 2024 Lt Stephenson removed me to OSP from OSCI w/o notice/reason.

When placed at OSP, DSU unknown DSU officers (to be identified by video surveillance) told AIC in unit seg 1, section 2 that I am a drop out from OSCI. On multiple occassions I asked to contact IG and was refused.

On or around Oct 31, 2024 I was transported to EOCI where again I was denied IG contact. Safety concerns were raised to ALL staff to be identified in court.

On or around Feb 2, 2025 c/o Young and Campos told AICs on tier 1 of DSU that I and another AIC are sex-offenders. We suited them up. Before extraction c/o named above assaulted me w/o provocation or reason. I was later extracted.

On or around Feb 19, 2025
Bloodaxe 1845751R

I told    5TM Lt Younce that it is not
safe to place me on the west yard
of Eocl. He refused to place me on the
East, knowing I'm a Drop out 5 days
later, while sleeping I was cut with
a blade and repeatedly hit.

My door in A4·8B should have
never been opened. I was transported
to ER.

Days later I was released by
DSU Lt Alvarado, Stecart & others to the
exact same unit. I specifically told them
I will be attacked again. I endured
multiple cell fights.

I reported to Lt Stephenson
Concerns of being attacked. That AICs
of my old gang were trying to take me
out. He disregarded this. My mother Jen Wilks
reported the same several times - call
her (541) 879-8252.

I repeatedly tried to get in trouble
to be cell in or placed in DSU. B/c
I was told by another drop-out that
two AICs Jesse Fones & Avina-Norris
were trying to hire someone to take me
out and Eocl refused to protect me
I on 5/19/2025 unilaterally attacked
one, knowing I'll lose Both tried
to two-on-one me. I was again
hospitalized.

Bloodaxe 18452512

The issue continues see attached
or enclosed Tort Notice.

Nonetheless the merit of this claim
exists under the Eigth Amendment of the
US Constitution of the Cruel and unusual
punishment Clause. Case law is exhausting
that I do not have to outline of as
this is not a court - nor do I have my
case notes because OSP is refusing my
legal docs.

Furthermore, contrary to your letter
I did provide much, much documentation.
ODOC is required by law to protect
re. Doc knew there was a substantial
risk to my safety and refused to intervene.
This is deliberate indifference.

In the case of a trial I will
call witnesses to attest to these facts:
AIC Anthony Fitzhenry
AIC Asa Odinsson
AIC Charles Frost
AIC Brandon Hansen
several other AICs and all
mentioned staff members. BHS can also
show they knew of the safety risks
and failed to act who will also be
called to testify and named in my
complaint as well as staff such as
Counselor Byrnes
Grievance Coordinators Villers,

Bloodaxe 1845512

Corrigan, Curtiss, Lawson.
        Lt Alvarado.
            and more

The docs provided further prove that there was knowledge of actual harm, and risks w/ deliberate indifference. That is therefore a cognizably support of " cruel and unusual treatment and punishment. The facts speak for themselves. Read the paperwork

Furthermore, I add this as further info to my initial claim and include as material evidence and relevance all docs you have received and that this is not stand alone.

I further demand any compensation not be placed on Inmate trust but sent to my attorney of record: Jen Vilks 4745 Sardine Creek, Gold Hill, OR 97525 as previously stated in c/o Ryder Bloodaxe

Respectfully,

[signature]

Grievance were provided previously and were exhausted. Many facts herein were also outlined in still pending Tort Notices

Attach E        Sent Sept 5, 2025

Tort Claim Notice [Requested addition]

Re: Claim # 19184401

In addition to my previous documents sent you asked for me to outline "cognizable support for any legal theory" for failure to protect claim. I hereby offer the US constitution and the states. Furthermore, I will provide just some of the exhaustive case law that overwhelmingly supports state personel wrong doing and gross incompetan

- U.S v. Marolf, 173 F3d 1213 (9th Cir 1999)
  - ageny regulations cannot violate constitution or rights
- Alphonsus v. Holder, 705 F3d 1031 (9th Cir 2013)
  - ageny abuses its discretion if it clearly departs from its own standards.
- Arthur v. Thomas 674 F3d 1257 (11th Cir 2012)
  - Subjecting person to risk of future harm, not simply actually inflicting pain can qualify as cruel & unusual punishment.
- Meachum v. Fano, 427 US 215, 49 LEd 2d 451, 96, Sct 2532 (1976)
  - Court has the right to determine whether an inmate is being deprived of "state created Right" or liberty intrest.

Bledsoe 19457512

· Calderon - ortiz J. Laboy - Alvarado, 300 F3d 60 (1st Cir 2002)

Inmate may sue a correctional facility under 8th for failure to afford adequate protection to inmate from attack by other inmates

· Smith J. Peters, 631 F3d 418 (7th Cir 2011)

Prison officials who recklessly expose a prisoner to substantial risk of serious physical injury violate the 8th Amendment.

· Lundskow J. US, 692 F3d 718 (7th Cir 2012)

Prison has duty to inmates to protect them against violence.

· Farmer J. Brennan, 511 U.S. 825, 836, 114 S.Ct 1970 (1999)

"The official knows of and disregards an excessive risk to inmate health and safety."

· Hudson J. Mcmillan, 503 U.S. 112 S.Ct. 995, 117 L.Ed 156 (1993)

Has to show official deliberate indifference


Claimant asserts that there exists tons more case law to prove any legal theory needed to prove failure to protect. Furthermore, claimant reserves

Bloodaxe 18457512

any and all rights for any case law not listed above - and to use in court and litigation.

Claimant lastly reasserts that some items brought in this notice has been raised in previous Notice of Torts and thus enclosed again. Furthermore, staff failure to protect is an ongoing issue and will continue to be edited and added as new events occur.

Finally any compensation offered does not negate claimants right to bring this matter to judicial scrutiny. And all compensation is to be sent to claimant attorney of record:

Jennifer Vilks
4745 Sardine Creek
Gold Hill, OR 97525

Any compensation placed on claimants Trust account will not be accepted and thus forfeit, unless placed in a protected account.

Respectfully,

Bloodaxe    18457512

RAYDER I. BLOODAXE
SID#18457512
OREGON STATE PENITENTIARY
2605 STATE ST.
SALEM, OR 97310

quadient
11/20/2025
US POSTAGE $011.50
IMI

ZIP 97310
041M11470048



UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
1000 SW 3RD AVE.
PORTLAND, OR 97204

PRIORITY LEGAL

PRIORITY LEGAL

PRIORITY LEGAL

O.S.P Legal Library
Legal Mail
Contraband In Any Cell