IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAYDER IRONWOLF BLOODAXE,

          Plaintiff,

    v.

STEPHENSON, et al.,

          Defendants.

Case No. 6:25-cv-02178-AN

ORDER

NELSON, District Judge.

    Plaintiff in this prisoner civil rights has filed a Motion for Appointment of Counsel (#3) and a Motion for Preliminary Injunction (#5). The Motion for Preliminary Injunction (#5) is DENIED for lack of service because, where no Defendant has been served or waived service, Plaintiff's mailing of his Motion to the Attorney General's Office is not proper service. *See* Fed. R. Civ. 65(a)(1) (no preliminary injunction may issue without notice to the adverse party). The denial is, however, without prejudice.

    The Court finds that this case presents circumstances that warrant a search for volunteer counsel to represent Plaintiff for the limited purpose of filing an amended complaint on his

1 - ORDER

behalf and, if appropriate, a motion for preliminary injunction. The Motion is therefore GRANTED, and the Clerk of Court is directed to coordinate that appointment.

    IT IS SO ORDERED.

December 1, 2025
    DATE

Adrienne Nelson
United States District Judge

2 - ORDER